William A. Markham, State Bar No. 132970
MALDONADO & MARKHAM, LLP
402 West Broadway, Suite 400
San Diego, CA 92101

Tel: (619) 221-4400
Fax: (619) 224-3974
E-mail: wm@maldonadomarkham.com

## IN THE UNITED STATES DISTRICT COURT

## FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| JENSEN ENTERPRISES, INC., <br><br> Plaintiff, <br><br> Vs. <br><br> AT&T, INC. AND OLDCASTLE, INC., d/b/a UTILITY VAULT COMPANY <br><br> Defendants. | Case No. C 06 0247 EDL <br><br> [PROPOSED] ORDER GIVING EFFECT TO THE PARTIES' JOINT STIPULATION (RE: DISMISSAL WITHOUT PREJUDICE OF AT&T, ETC.) |

1  The Court, having reviewed the stipulation made by all the parties to this case by
2  which Plaintiff will dismiss Defendant AT&T without prejudice and subject to a tolling
3  agreement and preservation of claims, and finding good cause therefor, now makes the
4  following order:
5  IT IS ORDERED that the following shall be done in this case:
6  1. Plaintiff, Jensen Enterprises, Inc. ("Jensen"), shall forthwith dismiss Defendant
7  AT&T, Inc. ("AT&T") without prejudice and subject to the following tolling arrangement:
8  There shall be a tolling of any statutory limitation of (1) each claim that Jensen has asserted
9  in its original complaint against AT&T, and (2) any additional claim that has arisen or might
10 arise from the transactions and occurrences described in the complaint or from related
11 events. All such claims, if ever revived or raised, shall be no more subject to the equitable
12 doctrines of laches, waiver or estoppel than they were or would have been if any of these
13 doctrines had been invoked against them on the date on which this civil action was begun.
14 Rather, all such claims shall be deemed and treated for all intents and purposes as if they had
15 been made on the date on which this civil action was begun.
16 2. Jensen shall be given leave to amend its complaint to recite new matters of
17 fact, to assert new causes of action, and to name two additional defendants – SBC Services,
18 Inc. ("SBC Services") and Pacific Bell Telephone Company ("PBTC"). Jensen shall file and
19 serve its first amended complaint no later than February 22, 2006.
20 3. Raymond P. Bolaños, who is Senior Counsel at the SBC West Legal
21 Department, shall accept service of Jensen's first amended complaint by overnight delivery
22 on behalf of SBC Services and PBTC and shall return a waiver of service to Jensen no more
23 than two days after receiving service of the first amended complaint.
24 4. Gibson, Dunn & Crutcher, LLP, who are the attorneys of record in this civil
25 action for Defendant Oldcastle, Inc. ("Oldcastle"), shall accept service of Jensen's first
26 amended complaint by overnight delivery on behalf of Oldcastle and shall return a waiver of
27 service to Jensen no more than two days after receiving service of the first amended
28 complaint.

[PROPOSED] ORDER GIVING EFFECT TO THE PARTIES' JOINT STIPULATION (RE: DISMISSAL WITHOUT PREJUDICE OF AT&T, ETC.)                2

1  (gan) SBC Services, PBTC, and Oldcastle shall each respond to the complaint no
2  later than forty ~~days~~ CALENDAR days after returning the waiver of service to Jensen.

3  IT IS SO ORDERED.

4  Dated: March 13, 2006

5  _____ Judge, United States
   *IT IS SO ORDERED*
   *Elizabeth D. Laporte*
   *Judge Elizabeth D. Laporte*

7  APPROVED AS TO FORM:

9  DATED:   February 22, 2006       SBC WEST LEGAL DEPARTMENT

10                                  By: /s/ BPB
11                                  _____
                                    Raymond P. Bolaños,
12                                  Attorneys for Defendants AT&T, INC.,
                                    and putative Defendants SBC SERVICES, INC.
13                                  and PACIFIC BELL TELEPHONE COMPANY

15 DATED:   February 22, 2006       GIBSON, DUNN & CRUTCHER, LLP

16                                  By: /s/ George A. Nicoud, III
17                                  _____
                                    George A. Nicoud, III,
                                    Attorneys for Defendant OLDCASTLE, INC.