1  William A. Markham, State Bar No. 132970
   MALDONADO & MARKHAM, LLP
2  402 West Broadway, Suite 400
   San Diego, CA 92101
3
   Tel:      (619) 221-4400
4  Fax:      (619) 224-3974
   E-mail:   wm@maldonadomarkham.com
5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR NORTHERN DISTRICT OF CALIFORNIA

8

9  JENSEN ENTERPRISES, INC.,        )   Case No. C 06 0247 SI
                                    )
10            Plaintiff,            )
                                    )
11                                  )   [PROPOSED] ORDER GRANTING
                                    )   PLAINTIFF LEAVE TO FILE
12            Vs.                   )   SECOND AMENDED COMPLAINT
                                    )   AND SCHEDULING CERTAIN
13                                  )   DEADLINES
   AT&T, INC. AND OLDCASTLE,        )
14 INC., d/b/a UTILITY VAULT        )   Fed. R. Civ. P. 15
   COMPANY                          )
15                                  )
                                    )   Complaint Filed:   January 12, 2006
16            Defendants.           )
   _____)   Trial Date:        Not set
17
                                        The Hon. Susan Illston
18

28

[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO
TO FILE SECOND AMENDED COMPLAINT, ETC.

1  The Court, having reviewed the parties' joint stipulation for leave to amend and to
2  reschedule certain deadlines, and finding good cause therefor, now makes the following
3  order:

4  IT IS ORDERED that the following shall be done in this case:

5  1.  Plaintiff, Jensen Enterprises, Inc. ("Jensen"), shall have leave to file a second
6  amended complaint in which, among other things, it will join Nevada Bell Telephone
7  Company as a Defendant.

8  2.  Jensen shall file and serve its second amended complaint in the following
9  manner: By PDF/e-mail transmittal to Folger Levin & Kahn, LLP, which will accept service
10 for Oldcastle; and to the SBC West Legal Department, which will accept service for Pacific
11 Bell Telephone Company, SBC Services, Inc., and Nevada Bell Telephone Company, and
12 which on behalf of Nevada Bell Telephone Company will return to Jensen a waiver of
13 service of summons.

14 3.  The Defendants, thus served with the second amended complaint, shall have
15 thirty days from the date of its service to respond.

16 4.  The initial case management conference in this case shall take place on or after
17 August 18, 2006.

18 5.  No later than twenty-one calendar days before this case management
19 conference, the parties shall meet and confer about the following matters: Initial disclosures,
20 early settlement, ADR process selection, and the discovery plan. By this same date, the
21 parties must also file a joint ADR certification along with a stipulation to an ADR procedure,
22 or, failing this, they must file notice of an ADR telephone conference.

23 6.  No later than seven calendar days before this case management conference, the
24 parties shall file a joint case management statement, file and serve Rule 26(f) reports, and
25 complete initial disclosures or state objections in the Rule 26 (f) report.

26 7.  All other dates and deadlines previously set in this case are hereby vacated.
27 //
28 //

1  IT IS SO ORDERED.
2
3
   _____
4  District Judge Susan Illston

5  APPROVED AS TO FORM:
6
7  DATED:    April 3, 2006          SBC WEST LEGAL DEPARTMENT
8
9                          By: _____
                                Raymond P. Bolaños,
10                              Attorneys for Defendants SBC SERVICES, INC.,
                                and PACIFIC BELL TELEPHONE COMPANY
11                              and for Putative Defendant NEVADA BELL
                                TELEPHONE COMPANY
12
13
14 DATED:    April 4, 2006          FOLGER LEVIN & KAHN, LLP
15
                            By: _____
16                              Janine L. Scancarelli,
                                Attorneys for Defendant OLDCASTLE, INC.
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO
TO FILE SECOND AMENDED COMPLAINT, ETC.                    3

| | | |
|---|---|---|
| 1 | IT IS SO ORDERED. | |
| 2 | | *Susan Illston* (signature) |
| 3 | | |
| 4 | | District Judge Susan Illston |
| 5 | APPROVED AS TO FORM: | |
| 6 | | |
| 7 | DATED: April 3, 2006 | SBC WEST LEGAL DEPARTMENT |
| 8 | | |
| 9 | | By: *BPB* (signature) |
| 10 | | Raymond P. Bolaños, |
| 11 | | Attorneys for Defendants SBC SERVICES, INC., and PACIFIC BELL TELEPHONE COMPANY and for Putative Defendant NEVADA BELL TELEPHONE COMPANY |
| 12 | | |
| 13 | | |
| 14 | DATED: April 3, 2006 | FOLGER LEVIN & KAHN, LLP |
| 15 | | |
| 16 | | By: _____ |
| 17 | | Janine L. Scancarelli, Attorneys for Defendant OLDCASTLE, INC. |

[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO
TO FILE SECOND AMENDED COMPLAINT, ETC.

3