```
 1  William A. Markham, State Bar No. 132970
    MALDONADO & MARKHAM, LLP
 2  402 West Broadway, Suite 400
    San Diego, CA 92101
 3
    Tel:     (619) 221-4400
 4  Fax:     (619) 224-3974
    E-mail:  wm@maldonadomarkham.com
 5
```

## IN THE UNITED STATES DISTRICT COURT

## FOR NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENSEN ENTERPRISES, INC., | ) | Case No. C 06 0247 SI |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT AND SCHEDULING CERTAIN DEADLINES |
| Vs. | ) | |
| AT&T, INC. AND OLDCASTLE, INC., d/b/a UTILITY VAULT COMPANY | ) | Fed. R. Civ. P. 15 |
| | ) | Complaint Filed: January 12, 2006 |
| Defendants. | ) | Trial Date: Not set |
| | ) | The Hon. Susan Illston |

[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO
TO FILE SECOND AMENDED COMPLAINT, ETC.

The Court, having reviewed the parties' joint stipulation for leave to amend and to reschedule certain deadlines, and finding good cause therefor, now makes the following order:

IT IS ORDERED that the following shall be done in this case:

1. Plaintiff, Jensen Enterprises, Inc. ("Jensen"), shall have leave to file a second amended complaint in which, among other things, it will join Nevada Bell Telephone Company as a Defendant.

2. Jensen shall file and serve its second amended complaint in the following manner: on or before 5/5/06 By PDF/e-mail transmittal to Folger Levin & Kahn, LLP, which will accept service for Oldcastle; and to the SBC West Legal Department, which will accept service for Pacific Bell Telephone Company, SBC Services, Inc., and Nevada Bell Telephone Company, and which on behalf of Nevada Bell Telephone Company will return to Jensen a waiver of service of summons.

3. The Defendants, thus served with the second amended complaint, shall have ~~thirty days from the date of its service to respond~~ until 6/9/06.

4. The initial case management conference in this case shall take place on ~~or after August 18, 2006.~~ July 14, 2006 @ 2:00 p.m.

5. No later than twenty-one calendar days before this case management conference, the parties shall meet and confer about the following matters: Initial disclosures, early settlement, ADR process selection, and the discovery plan. By this same date, the parties must also file a joint ADR certification along with a stipulation to an ADR procedure, or, failing this, they must file notice of an ADR telephone conference.

6. No later than seven calendar days before this case management conference, the parties shall file a joint case management statement, file and serve Rule 26(f) reports, and complete initial disclosures or state objections in the Rule 26 (f) report.

7. All other dates and deadlines previously set in this case are hereby vacated.

//
//

[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO
TO FILE SECOND AMENDED COMPLAINT, ETC.

2

1  IT IS SO ORDERED.

_____
District Judge Susan Illston

APPROVED AS TO FORM:

DATED: April 3, 2006        SBC WEST LEGAL DEPARTMENT

By: _____
Raymond P. Bolaños,
Attorneys for Defendants SBC SERVICES, INC.,
and PACIFIC BELL TELEPHONE COMPANY
and for Putative Defendant NEVADA BELL
TELEPHONE COMPANY

DATED: April 4, 2006        FOLGER LEVIN & KAHN, LLP

By: _____
Janine L. Scancarelli,
Attorneys for Defendant OLDCASTLE, INC.

[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO
TO FILE SECOND AMENDED COMPLAINT, ETC.                    3

IT IS SO ORDERED.

_____
District Judge Susan Illston

APPROVED AS TO FORM:

DATED: April 3, 2006         SBC WEST LEGAL DEPARTMENT

                             By: *BPB* /s/
                             _____
                             Raymond P. Bolaños,
                             Attorneys for Defendants SBC SERVICES, INC.,
                             and PACIFIC BELL TELEPHONE COMPANY
                             and for Putative Defendant NEVADA BELL
                             TELEPHONE COMPANY

DATED: April 3, 2006         FOLGER LEVIN & KAHN, LLP

                             By: _____
                             Janine L. Scancarelli,
                             Attorneys for Defendant OLDCASTLE, INC.