FOLGER LEVIN & KAHN LLP
Michael A. Kahn
   (CSB No. 057432, mkahn@flk.com)
Samuel R. Miller
   (CSB No. 066871, smiller@flk.com)
Janine L. Scancarelli
   (CSB No. 197202, jscancarelli@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendant Oldcastle, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JENSEN ENTERPRISES, INC., | Case No. C 06 0247 SI |
| Plaintiff, | **[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| OLDCASTLE, INC.; PACIFIC BELL TELEPHONE COMPANY; SBC SERVICES, INC.; and NEVADA BELL TELEPHONE COMPANY, | |
| Defendants. | |

    1.    The initial case management conference previously scheduled to occur on Friday, July 21, 2006, is continued to take place on or after August 25, 2006.

    2.    Not later than twenty-one calendar days before this case management conference, the parties shall meet and confer about the following matters: Initial disclosures, early settlement, ADR process selection, and the discovery plan. By this same date, the parties must also file a joint ADR certification along with a stipulation to an ADR procedure, or, failing this, they must file notice of need for ADR telephone conference.

3. Not later than seven calendar days before this case management conference, the parties shall file a joint case management statement, file and serve Rule 26(f) reports, and complete initial disclosures or state objections in the Rule 26(f) reports.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June __, 2006

_____
Susan Illston
United States District Judge

71073\6001\501538.1

[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE;
CASE NO. C 06 0247 SI

-2-

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW