FOLGER LEVIN & KAHN LLP
Michael A. Kahn
   (CSB No. 057432, mkahn@flk.com)
Samuel R. Miller
   (CSB No. 066871, smiller@flk.com)
Janine L. Scancarelli
   (CSB No. 197202, jscancarelli@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendant Oldcastle, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JENSEN ENTERPRISES, INC., | Case No. C 06 0247 SI |
| Plaintiff, | [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| OLDCASTLE, INC.; PACIFIC BELL TELEPHONE COMPANY; SBC SERVICES, INC.; and NEVADA BELL TELEPHONE COMPANY, | |
| Defendants. | |

   1.   The initial case management conference previously scheduled to occur on Friday, September 1, 2006, is continued to take place on October ~~13,~~ 20 2006.

   2.   Not later than twenty-one calendar days before this case management conference, the parties shall meet and confer about the following matters: Initial disclosures, early settlement, ADR process selection, and the discovery plan. By this same date, the parties must also file a joint ADR certification along with a stipulation to an ADR procedure, or, failing this, they must file notice of need for ADR telephone conference.

//

3. Not later than seven calendar days before this case management conference, the parties shall file a joint case management statement, file and serve Rule 26(f) reports, and complete initial disclosures or state objections in the Rule 26(f) reports.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August __, 2006

_____
Susan Illston
United States District Judge

71073\6001\507595.1