William A. Markham, State Bar No. 132970
MALDONADO & MARKHAM, LLP
402 West Broadway, 24th Floor
San Diego, CA 92101

Tel:    (619) 221-4400
Fax:    (619) 224-3974
E-mail: wm@maldonadomarkham.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JENSEN ENTERPRISES, INC., <br><br> Plaintiff, <br><br> Vs. <br><br> OLDCASTLE, INC., PACIFIC BELL TELEPHONE COMPANY; SBC SERVICES, INC.; and NEVADA BELL TELEPHONE COMPANY, <br><br> Defendants. | Case No. C 06-0247 SI <br><br> [PROPOSED] ORDER EXTENDING DEADLINE TO ANSWER <br><br> The Hon. Susan Illston, Courtroom 10 <br><br> Complaint Filed: January 12, 2006 <br> Trial Date: Not set |

[PROPOSED] ORDER EXTENDING DEADLINE TO ANSWER

The Court, having reviewed the parties' joint stipulation for leave to amend and to reschedule certain deadlines, and finding good cause therefor, now makes the following order:

IT IS ORDERED that the following shall be done in this case:

1. **Defendants – Oldcastle, Inc., Pacific Bell Telephone** Company, Nevada Bell Telephone Company, and SBC Services, Inc – shall each file and serve an answer to the Complaint, and their deadline for doing so is now extended to October 13, 2006.

IT IS SO ORDERED.

_____
District Judge Susan Illston

APPROVED AS TO FORM:

DATED: September 29, 2006        SBC WEST LEGAL DEPARTMENT

                                 By: _____
                                 Raymond P. Bolaños, Esq.
                                 Attorneys for Defendants SBC SERVICES, INC.,
                                 and PACIFIC BELL TELEPHONE COMPANY
                                 and for Putative Defendant NEVADA BELL
                                 TELEPHONE COMPANY

DATED: September 29, 2006        FOLGER LEVIN & KAHN, LLP

                                 By: _____
                                 Janine L. Scancarelli, Esq.
                                 Attorneys for Defendant OLDCASTLE, INC.

[PROPOSED] ORDER EXTENDING DEADLINE TO ANSWER                           2