FOLGER LEVIN & KAHN LLP
Michael A. Kahn
   (CSB No. 057432, mkahn@flk.com)
Samuel R. Miller
   (CSB No. 066871, smiller@flk.com)
Janine L. Scancarelli
   (CSB No. 197202, jscancarelli@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendant Oldcastle Precast, Inc.
(erroneously sued as Oldcastle, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JENSEN ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> OLDCASTLE PRECAST, INC., PACIFIC BELL TELEPHONE COMPANY; SBC SERVICES, INC.; and NEVADA BELL TELEPHONE COMPANY, <br><br> Defendants. | Case No. C 06 0247 SI <br><br> **STIPULATION TO SUBSTITUTE OLDCASTLE PRECAST, INC. FOR OLDCASTLE, INC.** |

**I.   RECITALS**

A.   Jensen Enterprises, Inc. ("Jensen") has brought this action against several defendants, including Oldcastle, Inc.

B.   Jensen alleges that its claims arise in part from transactions concerning the sale of precast concrete utility vaults by Oldcastle, Inc. under the trade name "Utility Vault."

C.   Oldcastle, Inc., and Oldcastle Precast, Inc., represent as follows:

      a.   Oldcastle, Inc., is the parent corporation of Oldcastle Precast, Inc.

  b.  Oldcastle Precast, Inc., conducts some of its business under the name "Utility Vault."

  c.  Oldcastle Precast, Inc., reasonably expects that if it is required to do so, it will be able to satisfy any liability that it might ultimately owe to Jensen in this case.

 D. Oldcastle Precast, Inc. first raised this issue with Jensen in early October, 2006.

 Wherefore, subject to the Court's approval, the parties to this action now agree to the following stipulation:

## II. STIPULATION

 1. Wherever the name "Oldcastle, Inc." appears in any document in this case from the date of filing until the date on which this stipulation is filed, "Oldcastle, Inc." is deemed to refer to "Oldcastle Precast, Inc."

 2. Subsequent documents filed in this case shall name Oldcastle Precast, Inc., as a defendant in place of Oldcastle, Inc.

 3. Jensen shall dismiss Oldcastle, Inc., without prejudice, and subject to the following tolling agreement: There shall be a tolling of any statutory limitation of (a) each claim that Jensen has asserted against Oldcastle, Inc., and (b) any additional claim that has arisen or might arise from the transactions and occurrences described in the complaint or from related events. All such claims, if ever revived or raised, shall be no more subject to the equitable doctrines of laches, waiver, or estoppel than they were or would have been if any of these doctrines had been invoked against them on the date on which this civil action began.

**IT IS SO STIPULATED.**

Dated: October 1_, 2006        OLDCASTLE PRECAST, INC.

                           /s/ Michael Scott
                           Michael Scott

| | | |
|---|---|---|
| 1 | Dated: October 20, 2006 | OLDCASTLE, INC. |
| 2 | | |
| 3 | | _____ |
| | | Michael O'Driscoll |
| 4 | | |
| 5 | Dated: October 17, 2006 | MALDONADO & MARKHAM, LLP |
| 6 | | |
| 7 | | _____ |
| | | William A. Markham |
| 8 | | Attorneys for Plaintiff |
| | | Jensen Enterprises, Inc. |
| 9 | | |
| 10 | Dated: October 24, 2006 | FOLGER LEVIN & KAHN LLP |
| 11 | | |
| 12 | | _____ |
| | | Janine L. Scancarelli |
| 13 | | Attorneys for Defendant |
| | | Oldcastle Precast, Inc. |
| 14 | | |
| 15 | Dated: October ____, 2006 | AT&T SERVICES, INC. LEGAL DEPARTMENT |
| 16 | | |
| 17 | | _____ |
| | | Raymond P. Bolaños |
| 18 | | Attorneys for Defendants |
| | | Pacific Bell Telephone company, Nevada Bell |
| 19 | | Telephone Company and SBC Services, Inc. |

71073\6001\517134.1

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-3-

STIPULATION TO SUBSTITUTE OLDCASTLE
PRECAST, INC. FOR OLDCASTLE, INC.;
CASE NO. C 06 0247 SI

| | | |
|---|---|---|
| 1 | Dated: October 20, 2006 | OLDCASTLE, INC. |
| 2 | | |
| 3 | | /s/ Michael O'Driscoll |
| 4 | | Michael O'Driscoll |
| 5 | Dated: October ____, 2006 | MALDONADO & MARKHAM, LLP |
| 6 | | |
| 7 | | |
| 8 | | William A. Markham<br>Attorneys for Plaintiff<br>Jensen Enterprises, Inc. |
| 9 | | |
| 10 | Dated: October 24, 2006 | FOLGER LEVIN & KAHN LLP |
| 11 | | |
| 12 | | |
| 13 | | Janine L. Scancarelli<br>Attorneys for Defendant<br>Oldcastle Precast, Inc. |
| 14 | | |
| 15 | Dated: October 24, 2006 | AT&T SERVICES, INC. LEGAL DEPARTMENT |
| 16 | | |
| 17 | | RPB |
| 18 | | Raymond P. Bolaños<br>Attorneys for Defendants<br>Pacific Bell Telephone company, Nevada Bell<br>Telephone Company and SBC Services, Inc. |
| 19 | | |
| 20 | | |

71073\6001\517134.1

IT IS SO ORDERED

/s/ Susan Illston
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA