FOLGER LEVIN & KAHN LLP
Michael A. Kahn
   (CSB No. 057432, mkahn@flk.com)
Samuel R. Miller
   (CSB No. 066871, smiller@flk.com)
Janine L. Scancarelli
   (CSB No. 197202, jscancarelli@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendant Oldcastle Precast, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JENSEN ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> OLDCASTLE PRECAST, INC.; PACIFIC BELL TELEPHONE COMPANY; SBC SERVICES, INC.; and NEVADA BELL TELEPHONE COMPANY, <br><br> Defendants. | Case No. C 06 0247 SI <br><br> **STIPULATION AND ORDER EXTENDING DEADLINE FOR ALTERNATIVE DISPUTE RESOLUTION (ADR) PROCESS** |

      WHEREAS, the parties in the above-referenced action have been ordered to participate in this Court's Alternative Dispute Resolution ("ADR") process; and

      WHEREAS, the parties have elected to conduct at Early Neutral Evaluation ("ENE"); and

      WHEREAS, the Court's ADR unit, through an inadvertent error, failed to appoint an ENE evaluator in time to complete the ENE process before January 2, 2007 (the date originally set by the Court to complete the ADR process); and

///

1  WHEREAS, after consultation with ADR Program Director Howard Herman, the parties
2  agreed it would be appropriate to extend the deadline for the ENE session until **March 30, 2007**.
3  IT IS HEREBY STIPULATED, by and between the parties, through their respective
4  counsel, the deadline for the parties to conduct an ENE session is extended until **March 30, 2007**.

5  Dated: this 2 day of January, 2007              FOLGER LEVIN & KAHN LLP

                                                  _____
                                                  Samuel R. Miller
                                                  Attorneys for Plaintiff
                                                  Oldcastle Precast, Inc.

10 Dated: this 2ND day of January, 2007            AT&T SERVICE, INC. LEGAL DEPARTMENT

                                                  _____
                                                  Raymond P. Bolanos
                                                  Attorneys for Defendants
                                                  Pacific Bell Telephone Company, Nevada Bell
                                                  Telephone Company and SBC Services, Inc.

16 Dated: this 2nd day of January, 2007            MALDONADO & MARKHAM, LLP

                                                  _____
                                                  William A. Markham
                                                  Attorneys for Plaintiff
                                                  Jensen Enterprises, Inc.

22 IT IS SO ORDERED.

23 Dated: this ____ day of January, 2007

                                                  _____
                                                  Susan Illston
                                                  United States District Judge

71073\6001\527739.1