William A. Markham, State Bar No. 132970
MALDONADO & MARKHAM, LLP
402 West Broadway, 24th Floor
San Diego, CA 92101

Tel: (619) 221-4400
Fax: (619) 224-3974
E-mail: wm@maldonadomarkham.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JENSEN ENTERPRISES, INC., <br><br> Plaintiff, <br><br> Vs. <br><br> OLDCASTLE PRECAST, INC.; PACIFIC BELL TELEPHONE COMPANY; SBC SERVICES, INC.; and NEVADA BELL TELEPHONE COMPANY, <br><br> Defendants. | Case No. C 06-0247 SI <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO HAVE CERTAIN PARTS OF ITS EXHIBITS FILED UNDER SEAL <br><br> Date: February 23, 2007 <br> Time: 2:30 p.m. <br> Place: Courtroom 10 <br><br> The Hon. Susan Illston, Courtroom 10 <br><br> Complaint Filed: January 12, 2006 <br> Trial Date: Not set |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO HAVE
CERTAIN PARTS OF ITS EXHIBITS FILED UNDER SEAL

WHEREAS, Plaintiff, Jensen Enterprises, Inc. ("Jensen"), has moved this Court to allow it to file under seal certain part of the exhibits to its second CMC Statement; and

WHEREAS, the Court has reviewed Jensen's written submission and considered the arguments urged therein; and

WHEREAS, the Court otherwise finds good cause for its order below:

WHEREFORE, THE COURT MAKES THE FOLLOWING ORDER:

1. Jensen is hereby given permission under Local Rule 79-5 (a) to file under seal the following exhibits to its second CMC Statement. *Viz.*, all of Exhibit 2 and the following parts of Exhibit 3: The excerpts from the transcripts of the depositions of Mike Scott and Miles Bennett, both of whom are employees of Defendant Oldcastle Precast, Inc.

2. The remainder of the exhibits to Jensen's second CMC statement shall be accepted for regular filing and processed accordingly by this Court.

**IT IS SO ORDERED.**

DATED: _____ _____
The Hon. Susan Illston,
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO HAVE CERTAIN PARTS OF ITS EXHIBITS FILED UNDER SEAL

2