IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JENSEN ENTERPRISES INC.,            No. C 06-247 SI

        Plaintiff,                       **ORDER RE: PLAINTIFF'S MOTION TO COMPEL**

   v.

AT&T INC., et al.,

        Defendant.
                                     /

        Plaintiff has filed a motion to compel the production of documents responsive to various document requests and special interrogatories.[1] AT&T states that it does not oppose making the documents at issue available to plaintiff, but that it is physically and financially impossible for AT&T to produce every responsive document because of the manner in which the documents are stored at different district and regional offices. AT&T has offered to produce an electronic "joint trench log" from the San Ramon office to plaintiff, and to allow plaintiff to visit any district office and copy whatever documents plaintiff may deem relevant.

        The Court finds that AT&T's proposal is reasonable, and thus GRANTS plaintiff's motion to compel under those terms. The parties shall cooperate regarding locating and identifying responsive documents during plaintiff's inspections at district offices. If, after reviewing documents at the district offices, plaintiff contends that this manner of production is insufficient, plaintiff may seek relief from the Court. Any such renewed motion to compel shall specifically articulate why the documents at issue are relevant to determining the market in this case, as well as why district office inspections are

---

[1] The parties' letter briefs are found at Docket Nos. 140, 142 and 145.

deficient.

**IT IS SO ORDERED.**

Dated: April 5, 2007

SUSAN ILLSTON
United States District Judge