**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENSEN ENTERPRISES INC., | No. C 06-247 SI |
| Plaintiff, | **ORDER REFERRING DISCOVERY DISPUTES TO A MAGISTRATE JUDGE** |
| v. | |
| AT&T INC., et al., | |
| Defendant. | |

The Court refers all pending and future discovery disputes to a Magistrate Judge for determination in the first instance.

**IT IS SO ORDERED.**

Dated: April 27, 2007

SUSAN ILLSTON
United States District Judge