FOLGER LEVIN & KAHN LLP
Michael A. Kahn
  (CSB No. 057432, mkahn@flk.com)
Janine L. Scancarelli
  (CSB No. 197202, jscancarelli@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendant Oldcastle Precast, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JENSEN ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> OLDCASTLE, INC.; PACIFIC BELL TELEPHONE COMPANY; SBC SERVICES, INC.; and NEVADA BELL TELEPHONE COMPANY, <br><br> Defendants. | Case No. C 06 0247 SI <br><br> **STIPULATION TO FILE DOCUMENTS UNDER SEAL; ORDER** <br><br> **Date:** June 8, 2007 <br> **Time:** 9 a.m. <br> **Judge:** Hon. Susan Illston <br> **Courtroom:** 10, 19th Floor |

1  WHEREAS Defendant Oldcastle Precast, Inc., has designated certain documents as
2  "Highly Confidential" under the Stipulated Protective Order on file in this case, and
3  WHEREAS good cause exists to file these documents, which contain confidential,
4  proprietary, and competitively sensitive business information that is not generally known and that
5  Oldcastle Precast, Inc., would not ordinarily reveal to third parties, under seal,
6  THE PARTIES HEREBY STIPULATE, pursuant to Civil Local Rules 7-12 and 79-5 and
7  the Hon. Susan Illston's Standing Order, that the following documents be filed under seal:
8  (1) Exhibit 1 to the Declaration of Michael Scott in Support of Defendant Oldcastle
9  Precast, Inc.'s Motion for Summary Judgment ("Scott Declaration"), titled "Agreement No.
10 00014026 Between Oldcastle Precast, Inc. and SBC Services, Inc. for Materials and/or Services"
11 (bates-labeled OLD000001-87);
12 (2) Exhibit 2 to the Scott Declaration, a May 2005 amendment to the agreement
13 attached as Exhibit 1 to the Scott Declaration (bates-labeled OLD000088-95); and
14 (3) Exhibit 3 to the Scott Declaration, a January 2006 amendment to the agreement
15 attached as Exhibit 1 to the Scott Declaration (bates-labeled OLD000096-120).
16 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: May 3, 2007                    MALDONADO & MARKHAM, LLP

                                      /s/
                                      William Markham
                                      Attorney for Plaintiff Jensen Enterprises, Inc.

DATED: May 3, 2007                    FOLGER LEVIN & KAHN LLP

                                      /s/
                                      Janine L. Scancarelli
                                      Attorneys for Defendant Oldcastle Precast, Inc.

DATED: May 4, 2007                    AT&T SERVICES, INC. LEGAL DEPARTMENT

                                      /s/
                                      Raymond P. Bolaños
                                      Attorneys for Defendants Pacific Bell Telephone Co.,
                                      Nevada Bell Telephone Co., and SBC Services, Inc.

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-2-                                   STIPULATION TO FILE DOCUMENTS
                                      UNDER SEAL; ORDER;
                                      CASE NO. C 06 0247 SI

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2  "conformed" signature (/s/) within this e-filed document.

3  
4              _____/s/_____
                   Janine L. Scancarelli

5  
6  PURSUANT TO STIPULATION, IT IS SO ORDERED.
7  DATED:

8              Hon. Susan Illston
            United States District Judge

9  
10  
11  
12  71073\6001\546917.1
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28