1  William A. Markham, State Bar No. 132970
   MALDONADO & MARKHAM, LLP
2  402 West Broadway, 24th Floor
   San Diego, CA 92101
3
   Tel:       (619) 221-4400
4  Fax:       (619) 224-3974
   E-mail:    wm@maldonadomarkham.com
5

6              **UNITED STATES DISTRICT COURT**

7              **NORTHERN DISTRICT OF CALIFORNIA**

8                   **SAN FRANCISCO DIVISION**

9

10 JENSEN ENTERPRISES, INC.,              ) Case No. C 06-0247 SI
                                          )
11         Plaintiff,                     )
                                          )
12                                        )
                                          )
                                          ) [PROPOSED] ORDER GRANTING
13     Vs.                                ) PLAINTIFF'S EX PARTE MOTION
                                          ) FOR LEAVE TO FILE A SINGLE
14                                        ) OPPOSITION BRIEF THAT
   OLDCASTLE PRECAST, INC.,               ) EXCEEDS TWENTY-FIVE PAGES
15 PACIFIC BELL TELEPHONE                 )
   COMPANY; AT&T SERVICES,                )
16 INC.; and NEVADA BELL                  )
   TELEPHONE COMPANY,                     ) Date:   June 8, 2007
17                                        ) Time:   9:00 a.m.
                                          ) Place:  Courtroom 10, 19th Floor
18         Defendants.                    )
                                          ) The Hon. Susan Illston
19 _____)
                                            Complaint Filed:  January 12, 2006
20                                          Trial Date:       Not set

21

22         WHEREAS, Plaintiff, Jensen Enterprises, Inc. ("Jensen"), has made an *ex parte*

23 motion to this Court under Civil Local Rules 7-4 and 7-10 for leave to (1) file a single

24 opposition brief in response to Defendants' two pending motions for summary judgment and

25 summary adjudication, and (2) exceed twenty-five pages but not forty pages when preparing

26 this single opposition brief; and

27 //

28

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE A SINGLE
OPPOSITION BRIEF THAT EXCEEDS TWENTY-FIVE PAGES

1  WHEREAS, the Court has duly considered the grounds stated by Jensen in support of
2  the present *ex parte* motion: Namely, Defendants' two pending motions address many of the
3  same issues of law, which Jensen can properly be given leave to address in a single
4  opposition brief; and

5  WHEREAS, the Court otherwise finds good cause for granting the present motion;

6  WHEREFORE, THE COURT MAKES THE FOLLOWING ORDER:

7  1. Jensen is hereby given leave under Civil Local Rules 7-4 and 7-10 to write a
8  single opposition brief, not to exceed forty pages, that will serve as its opposition to both (1)
9  the motion for summary judgment filed by Defendant Oldcastle Precast, Inc.; and (2) the
10 motion for summary judgment jointly filed by Defendants Pacific Bell Telephone Company,
11 Nevada Bell Telephone Company, and AT&T Services, Inc. As previously ordered, this
12 opposition brief must be filed and served no later than May 18, 2007.

14 **IT IS SO ORDERED.**

16 DATED: _____

   The Hon. Susan Illston,
   United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE A SINGLE
OPPOSITION BRIEF THAT EXCEEDS TWENTY-FIVE PAGES

-2-