FOLGER LEVIN & KAHN LLP
Michael A. Kahn
   (CSB No. 057432, mkahn@flk.com)
Janine L. Scancarelli
   (CSB No. 197202, jscancarelli@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendant Oldcastle Precast, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JENSEN ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> OLDCASTLE PRECAST, INC.; PACIFIC BELL TELEPHONE COMPANY; SBC SERVICES, INC.; and NEVADA BELL TELEPHONE COMPANY, <br><br> Defendants. | Case No. C 06 0247 SI <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** <br><br> Date: June 22, 2007 <br> Time: 2:30 p.m. <br> Judge: Hon. Susan Illston <br> Courtroom: 10, 19th Floor |

     Pursuant to Civil Local Rule 6-2, all parties to this action stipulate to this joint request for an order rescheduling the Case Management Conference that is now set for June 22, 2007 at 2:30 p.m., to June 29, 2007, or the next date on which the Court has time available, for the reasons set forth in the Declaration of Janine L. Scancarelli, filed herewith.

Dated: May 30, 2007                                   MALDONADO & MARKHAM, LLP

                                                                       _____/s/_____
                                                                       William A. Markham
                                    Attorneys for Plaintiff Jensen Enterprises, Inc.

Dated: May 30, 2007                                     FOLGER LEVIN & KAHN LLP


                                                        _____/s/_____
                                                          Janine L. Scancarelli
                                                    Attorneys for Defendant Oldcastle Precast, Inc.

Dated: June 4, 2007                                     AT&T SERVICES, INC. LEGAL DEPARTMENT


                                                        _____/s/_____
                                                          Raymond P. Bolaños
                                                    Attorneys for Defendants Pacific Bell Telephone
                                                    Company, Nevada Bell Telephone Company, and SBC
                                                    Services, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

                                                        _____/s/_____
                                                                Janine L. Scancarelli

## [PROPOSED] ORDER

It is ordered that the Case Management Conference previously scheduled for June 22, 2007 at 2:30 p.m. is now scheduled to take place on __June 29, 2007_____ at _2:30 p.m._.

**IT IS SO ORDERED.**

Dated: _____, 2007

                                                        _____
                                                               Susan Illston
                                                           United States District Judge

71073\6001\550738.1