IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JENSEN ENTERPRISES INC.,                                    No. C 06-247 SI

        Plaintiff,                                                    **PRETRIAL PREPARATION ORDER**

  v.

AT&T INC., et al.,

        Defendants.
                                            /

It is hereby ORDERED pursuant to F.R.Civ.P. and the Local Rules of this Court:

FURTHER STATUS CONFERENCE is set for December 7, 2007, at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P. and Local Rules, subject to any provisions below.

DESIGNATION OF EXPERTS ON MARKET DEFINITION:
    Pltf. --  Sept. 28, 2007        Def. --  Oct. 22, 2007        Rebuttal –  Nov. 16, 2007
    Market definition expert discovery cutoff:   December 14, 2007

NON-EXPERT DISCOVERY CUTOFF:   March 28, 2008

DESIGNATION OF EXPERTS ON ALL ISSUES OTHER THAN MARKET DEFINITION:
    Pltf. –  April 21, 2008        Def. -  May 30, 2008        Rebuttal –  June 20, 2008
    Other expert discovery cutoff:   July 22, 2008

DISPOSITIVE MOTIONS shall be filed by   August 8, 2008.
    Opposition due  August 22, 2008     Reply due   August 29, 2008
and set for hearing no later than   September 12, 2008 at 9:00 a.m.

PRETRIAL CONFERENCE DATE:   October 21 2008

JURY TRIAL DATE:    November 3, 2008 at 8:30 a.m.

TRIAL LENGTH ESTIMATE is ten days

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The case is referred to Magistrate Judge Laporte or Magistrate Judge Spero for a Settlement Conference to occur between September 10, 2007 and September 21, 2007.

The pretrial conference SHALL be attended by trial counsel prepared to discuss al aspects of the case, including settlement. Parties SHALL conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: August 7, 2007

_____
SUSAN ILLSTON
United States District Judge