AT&T SERVICES, INC. LEGAL DEPT.
RAYMOND P. BOLAÑOS, State Bar #142069
525 Market Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 778-1357
Facsimile:  (415) 882-4458

Attorneys for Defendant
SBC Internet Services

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENSEN ENTERPRISES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> OLDCASTLE, INC.; PACIFIC BELL TELEPHONE COMPANY; SBC SERVICES, INC.; NEVADA BELL TELEPHONE COMPANY, <br><br> Defendants. | Case No. C-06-0247  SI <br><br> **DISCOVERY STIPULATION AND ORDER** |

**STIPULATION**

Following a meet and confer session in Judge Spero's chambers on November 14, 2007, Plaintiff Jensen Enterprises, Inc. and Defendants Pacific Bell Telephone Company, Nevada Bell Telephone Company and SBC Services, Inc. ("AT&T"), by and through their counsel, hereby stipulate as follows:

AT&T will provide verified amended responses to Jensen's RFPs to PBTC, NBTC, and SBC, request nos. 5, 6, 7, 8, and a further amended response to special interrogatory no. 7 to SBC.

The amended responses to the RFPs will include a description of all the documents that contain the information sought by the requests, where the documents are stored, and how the information in the documents may be accessed. AT&T will produce all documents responsive to the requests that can be reasonably produced without excessive burden.

AT&T's further amended response to Jensen's interrogatory no. 7 to SBC will provide as detailed a response to the interrogatory as AT&T is able to provide, after consulting with all persons within AT&T with information related to the matters posed by the interrogatory. The further amended response will also describe the manner in which AT&T pays for vaults under Rule 15, and the manner in which the prices paid for those vaults are determined, memorialized, and stored.

AT&T will also identify in its further amended response to interrogatory no. 7 those persons who provided information included in the response. Jensen will have the opportunity to depose those persons, if it wishes. In setting the depositions, Jensen will seek to depose the persons described on the same day, if possible, on consecutive days if necessary, for the witnesses and counsel's convenience, in either San Diego or San Francisco, to be determined by AT&T. The responses described herein will be served by AT&T via PDF no later than November 30, 2007. The depositions described herein will be completed no later than January 25, 2008.

///

///

///

///

| | | |
|---|---|---|
| Dated: November 14, 2007 | | AT&T Services, Inc. Legal Dept. |
| | By: | _____ |
| | | Raymond P. Bolaños |
| | | Attorneys for Defendants Pacific Bell Telephone Company, Nevada Bell Telephone Company, and SBC Internet Services |
| Dated: November 14, 2007 | | Maldonado & Markham |
| | By: | _____ |
| | | William Markham |
| | | Attorneys for Plaintiff Jensen Enterprises, Inc. |

**ORDER**

IT IS SO ORDERED.

Dated: November 14, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge