1  William A. Markham, State Bar No. 132970
   MALDONADO & MARKHAM, LLP
2  402 West Broadway, 24th Floor
   San Diego, CA 92101
3
   Tel:      (619) 221-4400
4  Fax:      (619) 224-3974
   E-mail:   wm@maldonadomarkham.com
5

6                      **UNITED STATES DISTRICT COURT**

7                      **NORTHERN DISTRICT OF CALIFORNIA**

8                            **SAN FRANCISCO DIVISION**

9

| | | |
|---|---|---|
| 10 | JENSEN ENTERPRISES, INC.,       ) | Case No.  C 06-0247 SI (JCS) |
| 11 | Plaintiff,                      ) | |
| 12 |                                 ) | REVISED STIPULATION ON SPECIFIED DISCOVERY MATTERS |
| 13 | Vs.                             ) | |
| 14 |                                 ) | |
| 15 | OLDCASTLE PRECAST, INC., PACIFIC BELL TELEPHONE ) | |
| 16 | COMPANY; AT&T SERVICES, INC.; and NEVADA BELL ) | The Hon. Susan Illston |
| 17 | TELEPHONE COMPANY,              ) | Complaint Filed: January 12, 2006 |
|    |                                 ) | Trial Date:      November 3, 2008 |
| 18 | Defendants.                     ) | |

19

20       This stipulation (the "Stipulation") is made by all the parties to this case, who are as

21  follows: Jensen Enterprises, Inc. ("Jensen"), Oldcastle Precast, Inc. ("Oldcastle"), and

22  Defendants Pacific Bell Telephone Company, Nevada Bell Telephone Company, and AT&T

23  Services, Inc. (collectively, "AT&T").

24

25

26

27

28

REVISED STIPULATION ON SPECIFIED DISCOVERY MATTERS

1    WHEREAS, the parties have met and conferred at length about various pending
2 discovery matters and discovery deadlines; and
3    WHEREAS, they have agreed to the below-listed items, to which they now formally
4 stipulate;
5    WHEREFORE, Jensen, Oldcastle and AT&T now formally assent and stipulate to the
6 following terms and conditions:

7                        **STIPULATED TERMS AND CONDITIONS**

8    1.    Jensen has already produced its designated expert on market definitions,
9 Professor Robert Hall, for a deposition in Menlo Park, California on October 23, 2007. The
10 deposition began at approximately 9:15 a.m. and was adjourned at approximately 6:20 p.m.,
11 but with a two-hour recess at midday so that Professor Hall could participate in a seminar at
12 Stanford University. The deposition was adjourned at the close of the day, and will be
13 reconvened at 8:00 a.m. in Menlo Park, California at the offices of Analysis Group, Inc. at
14 1010 El Camino Real, Suite 310 Menlo Park, California 94025.

15    2.    The parties agree that each deposition, including that of Professor Hall, may be
16 conducted for seven hours, excluding any recesses, and that at the close of the seven-hour
17 period the parties shall meet and confer in good faith to determine whether any examining
18 party reasonably requires additional time to complete the examination, and, if so, how much
19 time.

20    3.    Defendants' deadline for expert disclosures on market definitions under Rule
21 26 (a) (2) shall be postponed from October 22, 2007 to November 15, 2007. Jensen will not
22 stipulate to any further extensions of this deadline.

23    4.    The parties' deadline for making rebuttal disclosures on market definitions
24 under Rule 26 (a) (2) shall be postponed from November 16, 2007 to December 10, 2007.
25 Jensen will not stipulate to any further extensions of this deadline, save if the deadline for
26 percipient discovery is extended by the same amount of time.

27    5.    The cut-off discovery date for market definition expert discovery shall be
28 postponed from December 14, 2007 to January 7, 2008. Jensen will not stipulate to any

1 further extensions of this deadline, save if the deadline for percipient discovery is extended
2 by the same amount of time.

3     6.    Each party will make its designated expert witness or witnesses available for
4 deposition pursuant to a deposition notice served by any other party without the need for a
5 subpoena, including producing documents requested in the deposition notice.

6     7.    If a party's designated expert on market definition is deposed in connection
7 with market definition discovery, and the designating party subsequently designates the same
8 expert on another issue, the designating party will make the expert available for a second
9 deposition, without requiring that any other party first obtain leave of court pursuant to Rule
10 30(a)(2)(B) of the Federal Rules of Civil Procedure.

11     8.    Jensen served on AT&T an amended notice of deposition under Rule 30 (b) (6)
12 of the Federal Rules of Civil Procedure ("Jensen's Notice"). This notice lists twenty-seven
13 deposition topics in this Notice. AT&T now designates the following witnesses to testify on
14 its behalf as to the following topics:

| Deposition Topic No. | AT&T's Designated Witness |
|---|---|
| 1. | Melissa Stanton |
| 2. | Melissa Stanton |
| 3. | Robert Nolasco |
| 4. | Melissa Stanton |
| 5. | Melissa Stanton |
| 6. | Melissa Stanton |
| 7. | Robert Nolasco |
| 8. | Melissa Stanton |
| 9. | Melissa Stanton |
| 10. | Robert Nolasco |
| 11. | Ray Kozul, Nancy Marinello |
| 12. | Robert Nolasco |
| 13. | Robert Nolasco |

REVISED STIPULATION ON SPECIFIED DISCOVERY MATTERS     -3-

| | | |
|---|---|---|
| 1 | 14. | Robert Nolasco |
| 2 | 15. | Robert Nolasco |
| 3 | 16. | Robert Nolasco |
| 4 | 17. | Robert Nolasco |
| 5 | 18. | Ray Kozul, Nancy Marinello |
| 6 | 19. | Ray Kozul, Nancy Marinello |
| 7 | 20. | Ray Kozul, Nancy Marinello |
| 8 | 21. | AT&T has no information on topic |
| 9 | 22. | Robert Nolasco |
| 10 | 23. | AT&T has no information on topic |
| 11 | 24. | AT&T objects: Expert topic only |
| 12 | 25. | AT&T objects: Expert topic only |
| 13 | 26. | Robert Nolasco |
| 14 | 27. | Robert Nolasco |

8. AT&T has designated Melissa Stanton as its witness for Deposition Topic No. 1 in Jensen's Notice. The parties agree that Jensen shall depose Melissa Stanton under Rule 30 (b) (6) of the Federal Rules of Civil Procedure on November 6, 2007 at 10:00 a.m. in the offices of Maldonado & Markham, LLP, 402 West Broadway, 24th Floor, San Diego, CA 92101. Jensen will depose this witness as to all Deposition Topics for which she has been designated, including Deposition Topic No. 1. If the witness is designated for many topics, Jensen might find that it is not practicable to depose the witness as to all the designated topics within seven hours. The present stipulation does not resolve any disagreement that the parties might have over this last point, as to which each party preserves all of its rights and

//
//
//
//
//

REVISED STIPULATION ON SPECIFIED DISCOVERY MATTERS  -4-

1  prerogatives.
2  **IT IS SO STIPULATED.**
3
4  DATED: October 31, 2007          Respectfully submitted,
5
6                                   AT&T WEST LEGAL DEPARTMENT
7                        By: _____
                              Raymond P. Bolaños, Esq.
8                             Attorneys for Defendants PACIFIC BELL
                              TELEPHONE COMPANY, NEVADA BELL
9                             TELEPHONE COMPANY, AND AT&T
                              SERVICES, INC.
10
11 DATED: October 31, 2007          Respectfully submitted,
12
                                    FOLGER LEVIN & KAHN, LLP
13
14                       By: _____
                              Beatrice B. Nguyen,
15                            Attorneys for Defendant, OLDCASTLE
                              PRECAST, INC.
16
17 DATED: October 31, 2007          Respectfully submitted,
18
                                    MALDONADO & MARKHAM, LLP
19
                                        /s/
20                       By: _____
                              William A. Markham,
21                            Attorneys for Plaintiff,
                              JENSEN ENTERPRISES, INC.
22
23
24
25
26
27
28

REVISED STIPULATION ON SPECIFIED DISCOVERY MATTERS                    -5-