UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JENSEN ENTERPRISES INC.,            Case No. C-06-0247 JCS

    Plaintiff(s),

    v.

OLDCASTLE PRECAST, ET AL.,

    Defendant(s).
_____/

**ORDER TO RETURN ALL DOCKET ENTRIES REGARDING DISCOVERY DISPUTE [Docket Nos. 263, 264, 265, ,268, 269]**

IT IS HEREBY ORDERED that the Clerk shall return the following docket entries related to the discovery dispute filed on December 12, 2007, December 13, 2007, and December 14, 2007, [Docket Nos. 263, 264, 265, 268, and 269] for failure to comply with the Court's Order.

IT IS HEREBY FURTHER ORDERED that the parties shall meet-and-confer, **in person**, on all outstanding discovery issues in San Diego, CA, on **December 27, 2007, at 9:30 a.m.,** at the Maldonado & Markham Law Firm. The parties shall submit a Joint Letter brief to the Court on any unresolved issues. Upon receipt of the Joint Letter, the Court will determine what further proceedings will be necessary.

IT IS SO ORDERED.

Dated: December 18, 2007            _____
                                               JOSEPH C. SPERO
                                               United States Magistrate Judge