William A. Markham, State Bar No. 132970
MALDONADO & MARKHAM, LLP
402 West Broadway, 24th Floor
San Diego, CA 92101

Tel: (619) 221-4400
Fax: (619) 224-3974
E-mail: wm@maldonadomarkham.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JENSEN ENTERPRISES, INC., <br><br> Plaintiff, <br><br> Vs. <br><br> OLDCASTLE PRECAST, INC., PACIFIC BELL TELEPHONE COMPANY; AT&T SERVICES, INC.; and NEVADA BELL TELEPHONE COMPANY, <br><br> Defendants. | Case No. C 06-0247 SI (JCS) <br><br> STIPULATION OF DECEMBER 26, 2007 BETWEEN JENSEN AND AT&T ON SPECIFIED DISCOVERY MATTERS <br><br> [~~PROPOSED~~] ORDER <br><br> The Hon. Susan Illston <br><br> The Hon. Joseph C. Spero for all discovery matters <br><br> Complaint Filed: January 12, 2006 <br> Trial Date: November 3, 2008 |

This stipulation (the "Stipulation") is made between Plaintiff, Jensen Enterprises, Inc. ("Jensen"), and Defendants Pacific Bell Telephone Company, Nevada Bell Telephone Company, and AT&T Services, Inc. (collectively, "AT&T").

//

//

//

//

//

//

# I. RECITALS

WHEREAS, Jensen and AT&T have failed until now to reach agreement on various discovery matters, including discovery matters specifically addressed by Judge Spero's discovery order of November 14, 2007; and

WHEREAS, on December 18, 2007 Judge Spero ordered counsel for Jensen and AT&T to confer and resolve all pending discovery disputes between them or, failing this, to prepare a joint submission to the Court on any unresolved disputes; and

WHEREAS, counsel for Jensen and AT&T have conferred and resolved all pending discovery disputes between them as set forth below; and

WHEREFORE, Jensen and AT&T now agree and stipulate to each of the following items:

# II. STIPULATION

1. **AT&T's Responses to Jensen's Production Requests 5-8.** AT&T previously provided responses to the following production requests: Jensen's Production Request Nos. 5-8 to Pacific Bell Telephone Company, Nevada Bell Telephone Company, and SBC Services, Inc. ("Jensen's RFPs 5-8"). In addition, AT&T now lists by category all the documents in its possession, custody or control that provide the information elicited by the above requests, doing so as follows:

- The "trench agreements" and accompanying "Exhibit Bs", which are further described in AT&T's above-referenced previous responses and in other discovery submissions.
- The ACE pricing information that AT&T has agreed to produce below in paragraph 2 of this Stipulation.
- The other documents that AT&T has already identified in AT&T's previous responses to Jensen's RFPs 5-8 and/or has produced to date or will produce under this paragraph no later than January 14, 2008.
- Such other documents or categories of documents that AT&T lists on or before January 14, 2008. AT&T shall serve this additional list, if ever, on

January 14, 2008, and when doing so it shall produce such additionally listed documents so far as it reasonably can.

Once this listing is completed on or before January 14, 2008, AT&T will have fully satisfied Judge Spero's discovery order of November 14, 2007 as to Jensen's RFPs 5-8. Of the documents thus listed on or before January 14, 2008, AT&T has already produced those that it reasonably can without excessive burden, or it shall do so by a supplemental production no later than January 14, 2008. If AT&T makes any such supplemental production on or before January 14, 2008, it shall specify that the production has been made under this paragraph 1. Of the documents thus listed, AT&T will have produced all that it reasonably can under this paragraph on or before January 14, 2008. AT&T will not produce the remainder, as doing so would entail excessive burdens or would otherwise be impracticable.

2. As part of its obligations under paragraph 1 above, AT&T shall produce no later than January 14, 2008 true and correct copies and/or computer data bases of all ACE records in its custody, possession or control that provide the pricing information elicited by request no. 1 of Jensen's fifth request for production of documents. When making this production, AT&T will certify that it has produced all such ACE information as it reasonably can produce, and that the remainder is either unavailable or cannot be reasonably produced. Upon completing the requirements set forth in paragraphs 1 and 2 of this stipulation, AT&T will have fully satisfied Judge Spero's discovery order of November 14, 2007 as to Jensen's RFPs 5-8.

3. **AT&T's Remaining Production Requirements.** On December 21, 2007, AT&T completed its production of all documents within its custody, possession or control that fall within the purview of Jensen's third, fourth and fifth sets of production requests, save for the above-listed ACE documents and any document that AT&T lists and/or produces under paragraph 1 of this Stipulation. AT&T has not withheld any such document on the ground of a privilege or immunity, and so has not provided a privilege log along with this production. Subject to the above, AT&T has now produced all such documents in its custody, possession or control so far as it reasonably can.

4. **AT&T's Response to Jensen's Interrogatory No. 7 to SBC Services.** By its discovery responses to Jensen's interrogatory no. 7 to SBC Services, Inc., AT&T certifies that it has fully complied with Judge Spero's discovery order of November 14, 2007 as to this special interrogatory.

5. **Jensen's Deposition of AT&T Under Rule 30 (b) (6).** In response to Jensen's notice of deposition to AT&T under Rule 30 (b) (6) of the Federal Rules of Civil Procedure, AT&T provided its final designation of representatives for each deposition topic on December 26, 2007. Before then, on December 5, 2007, all the parties to this case agreed that these depositions can be taken on various dates in January and February, 2008. If these dates do not suffice, the parties will meet and confer in good faith to set additional dates, subject to the applicable rules and procedures.

6. Jensen and AT&T stipulate that Jensen has completed its deposition of Ms. Melissa Stanton as to topics 1, 2 and 4, and that Jensen has leave to depose Ms. Stanton on the other topics for which she has been designated as AT&T's representative. Jensen can also examine Ms. Stanton about documents produced by AT&T after her examination on November 6, 2007 so far as these documents bear upon topic nos. 1, 2 or 4.

7. AT&T represents that the earliest date on which Jensen can examine AT&T's two remaining designees on manhole prices is January 25, 2008 (Jensen previously deposed Ms. Stanton on this topic on November 6, 2007). Judge Spero previously ordered Jensen and AT&T to complete these depositions on January 25, 2008. Jensen and AT&T agree that, subject to the Court's approval, Jensen will complete these depositions as soon as is reasonably practicable, on consecutive days, starting on January 25, 2008, but if possible all at once on January 25, 2008.

8. Jensen will depose each designee as to all topics for which the designee has been named either in the same session or in consecutive sessions. Jensen otherwise will depose these designations in the order of the listed deposition topics.

9. **Resolution of All Pending Discovery Disputes.** As to all the discovery disputes that have arisen between Jensen and AT&T from the outset of discovery until the

1 present, Jensen and AT&T agree and stipulate that these disputes have been finally resolved
2 by the parties' prior responses and the terms and conditions of the present stipulation; save
3 that AT&T specifically preserves its right to object to certain supplemental discovery
4 responses that Jensen provided in October and November, 2007. Jensen has no present
5 discovery dispute with AT&T over any matter, other than as set forth in this stipulation, and
6 all of these are now resolved as set forth above.

**IT IS SO STIPULATED.**

DATED: December 27, 2007      Respectfully submitted,

AT&T WEST LEGAL DEPARTMENT

/s/
By: _____
Raymond P. Bolaños, Esq.
Attorneys for Defendants PACIFIC BELL
TELEPHONE COMPANY, NEVADA BELL
TELEPHONE COMPANY, AND AT&T
SERVICES, INC.

DATED: December 27, 2007      Respectfully submitted,

MALDONADO & MARKHAM, LLP

/s/
By: _____
William A. Markham,
Attorneys for Plaintiff,
JENSEN ENTERPRISES, INC.

//
//
//
//
//
//

**ORDER OF THE COURT**

The Court (the Hon. Joseph C. Spero presiding), having reviewed the foregoing stipulation, and having given due consideration to the arguments and legal positions urged and adopted by the parties before it, now ORDERS Jensen and AT&T to comply with the terms and conditions set forth in paragraphs 1-8 of the foregoing stipulation.

**IT IS SO ORDERED.**

DATED: ~~December __, 2007~~ January 7, 2008



The Honorable Joseph C. Spero
United States Magistrate Judge