FOLGER LEVIN & KAHN LLP
Michael A. Kahn
  (CSB No. 057432, mkahn@flk.com)
Beatrice B. Nguyen
  (CSB No. 172961, bnguyen@flk.com)
Janine L. Scancarelli
  (CSB No. 197202, jscancarelli@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendant Oldcastle Precast, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JENSEN ENTERPRISES, INC., | Case No. C 06 0247 SI (JCS) |
| Plaintiff, | **STIPULATED PROTECTIVE ORDER REGARDING NON-PARTIES TEICHERT, INC. AND A. TEICHERT & SON, INC.** |
| v. | |
| OLDCASTLE PRECAST, INC.; PACIFIC BELL TELEPHONE COMPANY; SBC SERVICES, INC.; and NEVADA BELL TELEPHONE COMPANY, | |
| Defendants. | |

WHEREAS non-parties Teichert, Inc. and A. Teichert & Son, Inc. (collectively, the "Teichert Entities") have been served with subpoenas duces tecum in connection with the above-captioned litigation and will designate one or more witnesses to be deposed upon written questions and written cross-questions; and

WHEREAS in response to those subpoenas, the Teichert Entities will likely be required to produce confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation would be warranted;

THEREFORE, the parties to this litigation and the Teichert Entities hereby stipulate as

FOLGER LEVIN & KAHN LLP
ATTORNEYS AT LAW

STIPULATED PROTECTIVE ORDER REGARDING NON-PARTIES TEICHERT, INC. AND A. TEICHERT & SON, INC.; CASE NO. C 06 0247 SI (JCS)

follows:

1. The protections of the Stipulated Protective Order entered in this matter on October 19, 2006 (the "Protective Order") are extended to the Teichert Entities. A true and correct copy of the Protective Order is attached hereto as Exhibit A and incorporated herein by reference.

2. The Teichert Entities may designate information and/or documents produced by them in connection with this litigation as "Confidential" or "Highly Confidential Attorneys' Eyes Only" as those terms are defined in paragraphs 2.3 and 2.4 of the Protective Order. Any discovery material so designated by the Teichert Entities will be subject to the protections and restrictions on use and disclosure set forth in the Protective Order, including, but not limited to, those set forth in paragraphs 5.3, 7, 8, 9, 10 and 11 of the Protective Order.

3. The Teichert Entities agree to the terms of the Protective Order and to be bound by it.

**IT IS SO STIPULATED.**

Dated: February 28, 2008     FOLGER LEVIN & KAHN LLP

/s/
Janine L. Scancarelli
Attorneys for Defendant Oldcastle Precast, Inc.

Dated: February 29, 2008     AT&T SERVICES, INC. LEGAL DEPT.

/s/
Raymond P. Bolaños
Attorneys for Defendants Pacific Bell Telephone Company, Nevada Bell Telephone Company and SBC Services, Inc.

Dated: February 28, 2008     MALDONADO & MARKHAM LLP

/s/
William A. Markham
Attorneys for Plaintiff Jensen Enterprises, Inc.

Dated: February 29, 2008     McDONOUGH HOLLAND & ALLEN PC

/s/
John L. Shipley
Attorneys for Non-Parties Teichert, Inc. and A. Teichert & Son, Inc.

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-2-

STIPULATED PROTECTIVE ORDER REGARDING NON-PARTIES TEICHERT, INC. AND A. TEICHERT & SON, INC.; CASE NO. C 06 0247 SI (JCS)

I hereby attest that I have on file all holograph signatures indicated by a conformed signature within this document.

/s/ Janine L. Scancarelli

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: \_\_\_\_March 3,_____, 2008

_____
Hon.
United

*IT IS SO ORDERED*
Judge Susan Illston

71073\6001\590511.1

FOLGER LEVIN & KAHN LLP
ATTORNEYS AT LAW

-3-

STIPULATED PROTECTIVE ORDER REGARDING NON-PARTIES TEICHERT, INC. AND A. TEICHERT & SON, INC.; CASE NO. C 06 0247 SI (JCS)