MALDONADO & MARKHAM, LLP

ATTORNEYS AND COUNSELORS AT LAW

| | | |
|---|---|---|
| WILLIAM A. MARKHAM* <br> DIRECT: (619) 221-4418 <br> E-MAIL: wm@maldonadomarkham.com <br><br> ANTONIO MALDONADO‡ <br> DIRECT: (619) 819-5166 <br> E-MAIL: am@maldonadomarkham.com | 402 WEST BROADWAY, 24TH FLOOR <br> SAN DIEGO, CA 92101-3549 <br><br> (619) 221-4400 (TEL.) <br> (619) 224-3974 (FAX) <br> www.maldonadomarkham.com | MEXICO OFFICE: <br> GUADALUPE VICTORIA 2306-201, ZONA RÍO <br> TIJUANA, BAJA CALIFORNIA, 22010, MÉXICO <br><br> +52 664-200-2392 (TEL.) <br> +52 664-200-2536 (FAX) |

**BY E-FILING (WITH COURTESY COPY)**

March 6, 2008

*The Court approves Judge Spero's suggestions*

The Honorable Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue, 19th Floor, Courtroom 10
San Francisco, CA 94102

*[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Susan Illston signature]*

Re: **Jensen Enterprises, Inc. v. Oldcastle Precast, Inc.**
 **Case No. C-06-002-47 SI**

Dear Judge Illston:

    I represent the plaintiff in the above case, Jensen Enterprises, Inc. ("Jensen"). The other parties to this case are Defendant Oldcastle Precast, Inc. ("Oldcastle") as well as Defendants Pacific Bell Telephone Company, Nevada Bell Telephone Company, and AT&T Services, Inc. (collectively, "AT&T").

    I have served a copy of this letter on the other attorneys of record in this case.

    On March 3, 2008, AT&T and Jensen submitted a stipulation to Magistrate Judge Spero. By this stipulation, AT&T and Jensen agreed that Jensen could conduct further discovery on the prices that AT&T has paid to developers for concrete manholes and boxes in California and Nevada during the relevant periods in this case. Among other things, AT&T and Jensen agreed that, subject to the Court's approval, Jensen could depose a number of AT&T employees as well as a substantial number of non-parties (property developers and contractors). The parties further agreed that, subject to the Court's approval, the cut-off date for percipient discovery would be extended so as to accommodate this discovery.

    On March 5, 2008, Judge Spero issued an order on this stipulation, approving of its provisions, save that the parties must seek approval from Judge Illston for any proposed

The Honorable Susan Illston
Page 2
March 6, 2008

extension of percipient discovery. The current cut-off date for percipient discovery is March 28, 2008.

The discovery contemplated by the above stipulation is substantial and cannot be completed before March 28, 2008.

Jensen therefore requests guidance from the Court on this issue: Should the parties brief the Court on the contemplated discovery with a suggested discovery plan and a suggested extension? If so, Jensen respectfully requests that the Court order the parties to submit this plan by a date certain. In the alternative, Jensen respectfully requests that the Court convene a short hearing at which these matters can be addressed or that it give Jensen leave to make an ex parte application for an extension of the discovery cut-off.

I thank the Court for its attention to this matter.

Respectfully submitted,

William A. Markham,
Attorney for Jensen Enterprises, Inc., Plaintiff.

WAM/jo

cc:   Janine Scancarelli, Esq.
      Raymond P. Bolaños, Esq.