UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENSEN ENTERPRISES INC., | Case No. C-06-0247 SI (JCS) |
| Plaintiff(s), | |
| v. | **ORDER EXTENDING DISCOVERY CUT-OFF DATE** |
| OLDCASTLE PRECAST, ET AL., | |
| Defendant(s). | |

On March 14, 2008, a telephonic discovery conference was held. William Markham, counsel for Plaintiff, appeared. Ray Bolaños, counsel for Defendant AT&T, appeared, and Janine Scancarelli, counsel for Defendant Oldcastle, appeared.

IT IS HEREBY ORDERED THAT the discovery cut-off date is extended to May 16, 2008, for the purpose of taking the following additional depositions only.

1. The parties may depose up to ten (10) developers. Additional depositions will require leave of Court.

2. The parties may depose up to a total of fourteen (14) plan engineers and contract administrators.

IT IS SO ORDERED.

Dated: March 19, 2008

JOSEPH C. SPERO
United States Magistrate Judge