FOLGER LEVIN & KAHN LLP
Michael A. Kahn (CSB No. 057432, mkahn@flk.com)
Beatrice B. Nguyen (CSB No. 172961, bnguyen@flk.com)
Janine L. Scancarelli (CSB No. 197202, jscancarelli@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendant Oldcastle Precast, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JENSEN ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> OLDCASTLE PRECAST, INC.; PACIFIC BELL TELEPHONE COMPANY; SBC SERVICES, INC.; and NEVADA BELL TELEPHONE COMPANY, <br><br> Defendants. | Case No. C-06-0247 SI (JCS) <br><br> **STIPULATION REGARDING EXPERT DESIGNATIONS** |

WHEREAS, pursuant to this Court's Minute Order filed on April 29, 2008, the parties are required to designate expert witnesses on all issues other than market definition on May 2, 2008 (Plaintiff Jensen Enterprises, Inc. ("Plaintiff")) and June 10, 2008 (Defendants Pacific Bell Telephone Company, Nevada Bell Telephone Company, SBC Services, Inc. and Oldcastle Precast, Inc. (collectively, "Defendants")), with rebuttal designations due on July 1, 2008;

WHEREAS, the parties have agreed until now to serve their expert reports on the designated deadlines and then to produce supporting documents thereafter; and Plaintiff thus served its recent expert report by e-mail on May 2, 2008 and served its expert's backup material by overnight delivery on May 14, 2008 and by e-mail on May 15, 2008; and

WHEREAS, the parties have agreed to a brief extension of the deadlines for subsequent designations of expert witnesses in order to allow Defendants' experts to review Plaintiff's backup material, which extension will not affect the other deadlines set by the Court; THEREFORE

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that:

(1) Defendants' deadline for designating expert witnesses on all issues other than market definition shall be extended from June 10, 2008 to June 24, 2008.

(2) The deadline for designating rebuttal expert witnesses on all issues other than market definition shall be extended from July 1, 2008 to the date twenty-one days after the first date by when all Defendants have served their expert reports and the supporting documentation listed in any of these reports.

**IT IS SO STIPULATED.**

Dated: May 16, 2008                    FOLGER LEVIN & KAHN LLP

                                       _____/s/_____
                                       Janine L. Scancarelli
                                       Attorneys for Defendant Oldcastle Precast, Inc.

Dated: May 16, 2008                    AT&T SERVICES, INC. LEGAL DEPT.

                                       _____/s/_____
                                       Raymond P. Bolaños
                                       Attorneys for Defendants Pacific Bell Telephone
                                       Company, Nevada Bell Telephone Company and
                                       SBC Services, Inc.

Dated: May 16 2008                     MALDONADO & MARKHAM LLP

                                       _____/s/_____
                                       William A. Markham
                                       Attorneys for Plaintiff Jensen Enterprises, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a

"conformed" signature (/s/) within this e-filed document.

_____/s/_____

Janine L. Scancarelli

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:

_____
Hon. Susan Illston
United States District Judge

71073\6001\602010.1