UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENSEN ENTERPRISES, INC. <br><br> Plaintiff, <br><br> vs. <br><br> OLDCASTLE, INC.; PACIFIC BELL TELEPHONE COMPANY; AT&T SERVICES, INC.; and NEVADA BELL TELEPHONE COMPANY, <br><br> Defendants. | Case No. C-06-0247 SI <br><br> (Proposed) <br> **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Aaron M. Panner, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is:

Kellogg, Huber, Hansen, Todd, Evans, & Figel, PLLC
Sumner Square
1615 M Street, N.W., Suite 400
Washington, DC 20036;

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants PACIFIC BELL TELEPHONE COMPANY, NEVADA BELL TELEPHONE COMPANY and AT&T SERVICES, INC;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

424911

Order re Application for Admission Pro Hac Vice

1  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*
2  *vice*. Service of papers upon and communication with co-counsel designed in the application will
3  constitute notice to the party. All future filings in this action are subject to the requirements
4  contained in General Order No. 45, *Electronic Case Filing*.

6  Dated: May 27, 2008

9  United States Magistrate Judge

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

424911

Order re Application for Admission Pro Hac Vice