William A. Markham, State Bar No. 132970
MALDONADO & MARKHAM, LLP
402 West Broadway, 24th Floor
San Diego, CA 92101

Tel:        (619) 221-4400
Fax:       (619) 224-3974
E-mail:    wm@maldonadomarkham.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JENSEN ENTERPRISES, INC., <br><br> Plaintiff, <br><br> Vs. <br><br> OLDCASTLE PRECAST, INC.; PACIFIC BELL TELEPHONE COMPANY; AT&T SERVICES, INC.; and NEVADA BELL TELEPHONE COMPANY, <br><br> Defendants. | Case No.  C 06-0247 SI (JCS) <br><br> STIPULATION TO (1) DESIGNATE THE PRESENT CASE AND ANOTHER CASE AS RELATED CASES UNDER LOCAL RULE 3-12; (2) RE-ASSIGN THE OTHER CASE TO THE HONORABLE SUSAN ILLSTON; AND (3) SET EXPEDITED HEARINGS OF THREE MOTIONS <br><br> The Hon. Susan Illston, Courtroom 10 <br><br> Complaint Filed: January 12, 2006 <br> Trial Date:        November 3, 2008 |

## I. RECITALS

WHEREAS, the present case (the "Jensen Case") is an action brought by Plaintiff, Jensen Enterprises, Inc. ("Jensen"), against Defendant Oldcastle Precast, Inc. ("Oldcastle") as well as Defendants Pacific Bell Telephone Company, Nevada Bell Telephone Company, and AT&T Services, Inc. (collectively, "AT&T"); and

WHEREAS, the Jensen case principally concerns an alleged arrangement by which AT&T designated Oldcastle as the only approved supplier of AT&T Vaults to property developers and their contractors in California and Nevada; and

1 WHEREAS, on May 13, 2008 another case was filed in this Court and assigned to Magistrate Judge Maria-Elena James; the title of this case is *La Collina dal Lago, L.P. et al. v. Pacific Bell Telephone Company et al.*; Case No. C-08-02451 MEJ (the "Developers' Case"); and

4 WHEREAS, the Developers' Case concerns AT&T's alleged under-reimbursement of a proposed class of property developers in California and Nevada for specified materials and trenching, including AT&T Vaults; and

7 WHEREAS, the Jensen Case and the Developers' Case arise in substantial part from the exact same alleged transactions, and in substantial part they concern similar or the same allegations against the same Defendants; and

10 WHEREAS, Plaintiffs in both cases are represented by Maldonado & Markham, L.L.P. Plaintiffs in the Developers' Case are also represented by a second firm, Kershaw, Cutter & Ratinoff, L.L.P.; and

13 WHEREAS, Plaintiffs in both cases have requested that the Defendants in both cases agree that (1) both cases should be deemed related matters under Local Rule 3-12 of this Court; and (2) the Developers' Case should be re-assigned to the Honorable Susan Illston; and

16 WHEREAS, Oldcastle will seek to stay all proceedings in the Jensen Case, arguing that the stay should remain in place until the pleadings are settled in the Developers' Case, whereupon Defendants will move for a consolidation of both cases; and AT&T will join in support of this motion; and

20 WHEREAS, Plaintiffs in both cases will oppose any stay of the Jensen case or any consolidation of both cases, and will instead move forthwith to have both cases be coordinated, but not consolidated;

23 WHEREAS, Plaintiffs in both cases seek approval from this Court of a conflict waiver that they have given to Maldonado & Markham, L.L.P., so that this firm can represent Plaintiffs in both cases; and

26 WHEREAS, the parties wish to have their respective motions heard on an expedited basis, and no party objects to the expedited hearing of any of these motions;

28 //

STIPULATION TO DESIGNATE THE PRESENT CASE AND ANOTHER CASE
AS RELATED CASES, ETC.

2

WHEREFORE, the parties now stipulate to the following:

1. The Jensen Case and the Developers' Case shall be designated as related cases under Rule 3-12 of the Local Rules of this Court.

2. The Developers' Case shall be re-assigned to the Honorable Susan Illston.

3. On 6/27/08, the Honorable Susan Illston will hear Oldcastle's motion for a judicial stay. Oldcastle shall file its motion for a judicial stay no later than 6/6/08. Jensen shall file its opposition to this motion no later than 6/13/08. Oldcastle shall not reply to Jensen's opposition.

4. On 6/27/08 , the Honorable Susan Illston will hear Plaintiffs' motion for coordination of both cases. Plaintiffs in both cases shall file one consolidated motion for coordination no later than 6/6/08. Defendants shall file their respective oppositions to this motion no later than 6/13/08. Plaintiffs shall not reply to these oppositions.

5. On 6/27/08, the Honorable Susan Illston will hear Plaintiffs' motion for approval of the conflict waiver that Plaintiffs in both cases have given to Maldonado & Markham, L.L.P. This approval, if given, will authorize Maldonado & Markham, L.L.P. to represent Jensen in the Jensen Case and Plaintiffs in the Developers' Case. Plaintiffs in both cases shall file one consolidated motion for this approval no later than 6/6/08 . Defendants shall file their oppositions (if any) no later than 6/13/08. Plaintiffs in both cases shall file no reply to these oppositions.

**IT IS SO STIPULATED.**

DATED: May 28, 2008              Respectfully submitted,

                                 FOLGER LEVIN & KAHN, LLP

                                         /s/
                            By: _____
                                 Janine L. Scancarelli,
                                 Attorneys for Defendant Oldcastle Precast, Inc

//

//

//

DATED: May 28, 2008

Respectfully submitted,

AT&T WEST LEGAL DEPARTMENT

By: /s/
Raymond P. Bolaños,
Attorneys for Defendants Pacific Bell Telephone Company, Nevada Bell Telephone Company, and AT&T Services, Inc.

DATED: May 28, 2008

Respectfully submitted,

MALDONADO & MARKHAM, LLP

By: /s/
William A. Markham,
Attorneys for Plaintiff, Jensen Enterprises, Inc.

**ORDER ON THE FOREGOING STIPULATION**

The Court, having reviewed the above stipulation, and finding good cause therefor, now renders this stipulation a binding ORDER of this Court.

**IT IS SO ORDERED.**

The Honorable Susan Illston,
United States District Judge