1  William A. Markham, State Bar No. 132970
   MALDONADO & MARKHAM, LLP
2  402 West Broadway, 24th Floor
   San Diego, CA 92101
3
   Tel:      (619) 221-4400
4  Fax:      (619) 224-3974
   E-mail:   wm@maldonadomarkham.com
5

6                    **UNITED STATES DISTRICT COURT**

7                    **NORTHERN DISTRICT OF CALIFORNIA**

8                         **SAN FRANCISCO DIVISION**

9

10 | JENSEN ENTERPRISES, INC.,              ) Case No. C 06-0247 SI (JCS)
11 |         Plaintiff,                     )
                                            ) STIPULATED RESOLUTION OF
12 |                                        ) SPECIFIED DISCOVERY MATTERS
                                            )
13 |   Vs.                                  )
                                            )
14 |                                        )
   | OLDCASTLE PRECAST, INC.,               ) The Hon. Susan Illston
15 | PACIFIC BELL TELEPHONE                 )
   | COMPANY; AT&T SERVICES,                ) The Hon. Joseph C. Spero for all
16 | INC.; and NEVADA BELL                  ) discovery matters
   | TELEPHONE COMPANY,                     )
17 |                                        ) Complaint Filed:  January 12, 2006
                                            ) Trial Date:       November 3, 2008
18 |         Defendants.                    )
   | _____)

STIPULATED RESOLUTION OF SPECIFIED DISCOVERY MATTERS

# I. RECITALS

WHEREAS, Plaintiff, Jensen Enterprises, Inc. ("Jensen") has had various discovery disputes with Defendants Pacific Bell Telephone Company, Nevada Bell Telephone Company, and AT&T Services, Inc. (collectively, "AT&T"); and

WHEREAS, the Court has issued three discovery orders by which all of these disputes have been resolved, and these discovery orders were issued on the following dates: November 14, 2007; January 7, 2008; and March 5, 2008 (the "Discovery Orders"); and

WHEREAS, since the issuance of the Discovery Orders Jensen and AT&T have had disputes as to whether AT&T has fully and properly fulfilled its obligations under the Discovery Orders; and

WHEREAS, Jensen submitted an ex parte complaint about one such discovery dispute to the Honorable Joseph C. Spero on May 23, 2008; and

WHEREAS, Defendants will forthwith seek a judicial stay of the present case on an expedited basis; and

WHEREAS, since May 23, 2008 Jensen and AT&T have further met and conferred about the above discovery dispute as well as other pending matters between them.

WHEREFORE, Jensen and AT&T now stipulate to the following provisions:

# II. STIPULATED RESOLUTION OF SPECIFIED DISCOVERY DISPUTES

1. No later than June 6, 2008, AT&T will provide the remaining ACAS data described in paragraph 2 of Judge Spero's discovery order of March 5, 2008. No later than June 13, 2008, AT&T will produce its witness for this data under Rule 30 (b) (6), and Jensen can depose this witness by telephone.

2. Jensen and AT&T further agree that this discovery will take place whether or not a judicial stay is ordered. They will advise the Court accordingly, if the Court indicates that it will issue such a stay in response to Defendants' forthcoming motion for a stay.

3. Other than the discovery information and testimony set forth in paragraph 1 above, AT&T represents the following: So far as it reasonably can, AT&T has now produced or disclosed to Jensen all of the information, witnesses, and documents that it has

been ordered to produce under the Discovery Orders (i.e., Judge Spero's discovery orders of November 14, 2007, January 7, 2008, and March 5, 2008).

4. Upon complying with paragraph 1 above, AT&T will send the following additional representation, signed by its attorney (an e-mail signature will suffice): "So far as it reasonably can, AT&T has now complied with paragraph 2 of Judge Spero's discovery Order of March 5, 2008."

5. This stipulation having been accepted and signed by Jensen and AT&T, Jensen shall forthwith give the following notice to the Court: "Jensen hereby notifies the Court that the AT&T and Jensen have fully resolved the discovery dispute addressed in Jensen's letter to the Court of May 23, 2008. Jensen withdraws its request for relief and sanctions."

**IT IS SO STIPULATED.**

DATED: May 28, 2008            Respectfully submitted,

                               AT&T WEST LEGAL DEPARTMENT

                                       /s/
                               By: _____
                               Raymond P. Bolaños, Esq.
                               Attorneys for Defendants Pacific Bell Telephone
                               Company, Nevada Bell Telephone Company, and
                               AT&T Services, Inc.

DATED: May 28, 2008            Respectfully submitted,

                               MALDONADO & MARKHAM, LLP

                                       /s/
                               By: _____
                               William A. Markham,
                               Attorneys for Plaintiff,
                               JENSEN ENTERPRISES, INC.

Dated: May 28, 2008

IT IS SO ORDERED
Judge Joseph C. Spero

STIPULATED RESOLUTION OF SPECIFIED DISCOVERY MATTER