AT&T SERVICES, INC. LEGAL DEPT
RAYMOND P. BOLAÑOS, State Bar #142069
J. SCOTT PAISLEY, State Bar No. 094236
525 Market Street, 20th Floor
San Francisco, California 94105-2727
Telephone: (415) 778-1357
Facsimile: (415) 882-4458

Attorneys for Defendants
PACIFIC BELL TELEPHONE COMPANY,
NEVADA BELL TELEPHONE COMPANY and
SBC SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENSEN ENTERPRISES, INC. <br><br> Plaintiff, <br><br> vs. <br><br> OLDCASTLE, INC.; PACIFIC BELL TELEPHONE COMPANY; SBC SERVICES, INC.; and NEVADA BELL TELEPHONE COMPANY, <br><br> Defendants. | Case No. C-06-0247 SI <br><br> STIPULATION AND ORDER REGARDING EXPERT DISCLOSURE AND MOTION BRIEFING SCHEDULE |

## RECITALS

WHEREAS, the rebuttal report on damages and other issues of the expert witness of Plaintiff Jensen Enterprises, Inc. ("Jensen" or "Plaintiff"), Dr. Robert Hall, is currently due to be served on July 15, 2008; and

WHEREAS, the deposition of the expert witness of Defendant Oldcastle Precast, Inc., ("Oldcastle"), Dr. Gregory Rosston, and the deposition of the expert witness of Defendants Pacific Bell Telephone Company, Nevada Bell Telephone Company, and AT&T Services, Inc. (collectively, "AT&T"), Dr. David Sibley, are currently scheduled for July 9, 2008, and July 15, respectively; and

WHEREAS, motion hearings in this matter are currently set for August 22, 2008 at 9:00 a.m., in Courtroom 10; and

WHEREAS, Plaintiff wishes to review the deposition transcripts of Dr. Rosston and Dr. Sibley before serving Dr. Hall's rebuttal report; and

WHEREAS, Defendants wish to review Dr. Hall's rebuttal report in advance of their filing of their dispositive motions, currently due to be served and filed on July 18, 2008.

## STIPULATION

WHEREFORE, Jensen, Oldcastle and AT&T now stipulate to the following:

1. Dr. Gregory Rosston's deposition shall commence at 9:00 a.m. on July 9, 2008 at the law offices of Folger Levin & Kahn LLP, 275 Battery Street, 23rd floor, San Francisco, CA;

2. Dr. David Sibley's deposition shall commence at 9:00 a.m. on July 15, 2008 at the law offices of Maldonado & Markham, 402 West Broadway, 24th floor, San Diego, CA;

3. The rebuttal report on damages and other issues of Jensen's expert, Dr. Robert Hall, shall be served no later than July 21, 2008;

4. All moving papers in support of any motion brought by Plaintiff or any Defendant, to be heard on August 22, 2008, shall be filed and served no later than July 25, 2008;

Stipulation and Order

2

426049

1    5.   All papers in opposition to any motion to be heard on August 22 shall be filed and
2 served no later than August 8, 2008;
3    6.   All reply papers in support of any motion to be heard on August 22 shall be filed
4 and served no later than August 15, 2008.

DATED: July 7, 2008                    Respectfully submitted,

                                       AT&T Services, Inc. Legal Dept.

                                   By: ___/s/ Arett Paisley_____
                                       for Raymond P. Bolaños
                                       Attorneys for Defendants Pacific Bell Telephone
                                       Company, Nevada Bell Telephone Company, and
                                       AT&T Services, Inc.

DATED: July 7, 2008                    Respectfully submitted,

                                       Folger Levin & Kahn LLP

                                   By: _____/s/_____
                                       Beatrice B. Nguyen
                                       Attorneys for Defendant
                                       Oldcastle Precast, Inc.

DATED: July 9, 2008                    Respectfully submitted,

                                       MALDONADO & MARKHAM, LLP

                                   By: _____
                                       William A. Markham
                                       Attorneys for Plaintiff
                                       Jensen Enterprises, Inc.

---

3

Stipulation and Order

426049

## ORDER ON THE FOREGOING STIPULATION

The Court, having reviewed the above stipulation, and finding good cause therefor, now renders this stipulation a binding ORDER of this Court.

**IT IS SO ORDERED.**

_____
The Honorable Susan Illston,
United States District Judge