William A. Markham, State Bar No. 132970
MALDONADO & MARKHAM, LLP
402 West Broadway, 24th Floor
San Diego, CA 92101

Tel:    (619) 221-4400
Fax:    (619) 224-3974
E-mail: wm@maldonadomarkham.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JENSEN ENTERPRISES, INC., <br><br> Plaintiff, <br><br> Vs. <br><br> OLDCASTLE PRECAST, INC., PACIFIC BELL TELEPHONE COMPANY; AT&T SERVICES, INC.; and NEVADA BELL TELEPHONE COMPANY, <br><br> Defendants. | Case No. C 06-0247 SI (JCS) <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE A MOTION THAT EXCEEDS TWENTY-FIVE PAGES <br><br> Courtroom 10, 19th Floor <br><br> The Hon. Susan Illston <br><br> Complaint Filed: January 12, 2006 <br> Trial Date:       November 3, 2008 |

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION
FOR LEAVE TO FILE A MOTION THAT EXCEEDS TWENTY-FIVE PAGES

1  WHEREAS, this Court has reviewed Plaintiff's ex parte motion for leave to file a specified
2  motion that will be thirty-one pages in length; and
3  WHEREAS, this ex parte motion was made under Civil Local Rule 7-4 (a) and (b) as
4  well as under Civil Local Rule 7-10; and
5  WHEREAS, the Court finds that there is sufficient cause to grant the request;
6  WHEREFORE, this Court now makes the following ORDER:
7  Plaintiff is hereby given leave to file a motion for a jury instruction authorizing an adverse
8  inference that will exceed the twenty-five page limit by six pages.

**IT IS SO ORDERED.**

DATED: _____

_____
The Hon. Susan Illston,
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION
FOR LEAVE TO FILE A MOTION THAT EXCEEDS TWENTY-FIVE PAGES        -1-