1  FOLGER LEVIN & KAHN LLP
   Michael A. Kahn (CSB No. 057432, mkahn@flk.com)
2  Beatrice B. Nguyen (CSB No. 172961, bnguyen@flk.com)
   Janine L. Scancarelli (CSB No. 197202, jscancarelli@flk.com)
3  Embarcadero Center West
   275 Battery Street, 23rd Floor
4  San Francisco, CA  94111
   Telephone: (415) 986-2800
5  Facsimile: (415) 986-2827

6  Attorneys for Defendant Oldcastle Precast, Inc.

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

| 12 | JENSEN ENTERPRISES, INC., | Case No. C 06 0247 SI (JCS) |
|---|---|---|
| 13 | Plaintiff, | **STIPULATION TO FILE DOCUMENTS UNDER SEAL; ORDER** |
| 14 | v. | |
| 15 | OLDCASTLE, INC.; PACIFIC BELL TELEPHONE COMPANY; SBC SERVICES, INC.; and NEVADA BELL TELEPHONE COMPANY, | **Date:** August 22, 2008<br>**Time:** 9:00 a.m.<br>**Judge:** Hon. Susan Illston<br>**Courtroom:** 10 |
| 16 | | |
| 17 | | |
| 18 | Defendants. | |

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

STIPULATION TO FILE DOCUMENTS
UNDER SEAL; ORDER;
CASE NO. C 06 0247 SI (JCS)

1   WHEREAS, the Court issued a Stipulated Protective Order in this case on October 19,
2   2006 (Docket No. 83); and
3   WHEREAS, Defendant Oldcastle Precast, Inc. ("Oldcastle") has designated certain
4   documents as "Confidential" and "Highly Confidential" under the Stipulated Protective Order,
5   and
6   WHEREAS, Oldcastle wishes to refer to some of these documents in support of a motion
7   that it will file on July 25, 2008, and
8   WHEREAS, pursuant to this Court's Standing Order, the Court will accept stipulations
9   with proposed orders in lieu of administrative motions to seal,
10  THE PARTIES HEREBY STIPULATE that, subject to approval from the Court,
11  Oldcastle shall have leave to file the following documents under seal:
12  (1)   OLD 000001-87;
13  (2)   OLD 000088-95;
14  (3)   OLD 000096-120;
15  (4)   OLD 065419-23;
16  (5)   OLD 065649-52; and
17  (6)   OLD 066838-39.
18  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

19  DATED: July 24, 2008                          MALDONADO & MARKHAM, LLP

                                                  _____/s/_____
                                                  William A. Markham
                                                  Attorneys for Plaintiff Jensen Enterprises, Inc.

23  DATED: July 24, 2008                          FOLGER LEVIN & KAHN LLP

                                                  _____/s/_____
                                                  Janine L. Scancarelli
                                                  Attorneys for Defendant Oldcastle Precast, Inc.

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-2-                                               STIPULATION TO FILE DOCUMENTS
                                                  UNDER SEAL; ORDER;
                                                  CASE NO. C 06 0247 SI (JCS)

DATED: July 24, 2008            AT&T SERVICES, INC. LEGAL DEPT.

/s/
Raymond P. Bolaños
Attorneys for Defendants Pacific Bell,
Nevada Bell, and SBC Services

I hereby attest that I have been authorized by Raymond P. Bolaños and William A. Markham to e-file this document with their "conformed" signatures (/s/).

/s/

Janine L. Scancarelli

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:

Hon. Susan Illston
United States District Judge

71073\6001\611026.1

---

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-3-

STIPULATION TO FILE DOCUMENTS
UNDER SEAL; ORDER;
CASE NO. C 06 0247 SI (JCS)