William A. Markham, State Bar No. 132970
MALDONADO & MARKHAM, LLP
402 West Broadway, 24th Floor
San Diego, CA 92101

Tel:       (619) 221-4400
Fax:      (619) 224-3974
E-mail:   wm@maldonadomarkham.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JENSEN ENTERPRISES, INC., <br><br> Plaintiff, <br><br> Vs. <br><br> OLDCASTLE PRECAST, INC., PACIFIC BELL TELEPHONE COMPANY; AT&T SERVICES, INC.; and NEVADA BELL TELEPHONE COMPANY, <br><br> Defendants. | Case No. C 06-0247 SI (JCS) <br><br> STIPULATION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL <br><br> Date:    August 22, 2008 <br> Time:   9:00 a.m. <br> Place:   Courtroom 10, 19th Floor <br><br> Courtroom 10, 19th Floor <br><br> The Hon. Susan Illston <br><br> Complaint Filed: January 12, 2006 <br> Trial Date:     November 3, 2008 |

     Plaintiff, Jensen Enterprises, Inc. ("Jensen") and Defendant Oldcastle Precast, Inc. ("Oldcastle") now present the following Stipulation to give Jensen leave to file the below-listed documents under seal. Jensen and Oldcastle request that the Court approve of this Stipulation and grant Jensen leave to file the below-listed documents under seal.

//

//

//

STIPULATION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL

## I. RECITALS

WHEREAS, the Court issued a protective order in this case on October 19, 2006 (Docket No. 83); and

WHEREAS, under this protective order Oldcastle has designated the below-listed documents as "highly confidential" or as "confidential" ; and

WHEREAS, Jensen wishes to refer to these documents and use them as exhibits in support of two motions that it will file on July 25, 2008; and

WHEREAS, Oldcastle has therefore agreed to stipulate to give Jensen leave to file the below-listed documents under seal; and

WHEREAS, pursuant to this Court's standing order, the Court will accept stipulations with proposed orders in lieu of administrative motions to seal;

WHEREFORE, Jensen and Oldcastle now make the following Stipulation, as permitted by the Court's standing order: Subject to approval from the Court, Jensen shall have leave to file the below listed documents under seal:

OLD 000123-OLD 000209

OLD 065655-57

OLD 067377

OLD 065642

OLD 066909

OLD 096707

OLD 067100

OLD 000218-229

OLD 063370

OLD 066558

OLD 067086-87

OLD 067387

OLD 065653

OLD 067470-80

STIPULATION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL

-1-

```
OLD 067609
OLD 065561-62
OLD 065544
OLD 065419-22
```

**IT IS SO STIPULATED.**

DATED:   July 22, 2008

/s/
William Markham
MALDONADO & MARKHAM, LLP
Attorneys for Jensen Enterprises, Inc.

DATED:   July 22, 2008

/s/
Beatrice Nguyen
FOLGER LEVIN & KAHN LLP
Attorneys for Oldcastle Precast, Inc.

## ORDER

The Court, having reviewed the foregoing Stipulation, and finding good cause for this ORDER, now grants leave to Jensen to file under seal the documents listed in the foregoing Stipulation.

**IT IS SO ORDERED.**

DATED: _____

/s/ Susan Illston
The Hon. Susan Illston,
United States District Judge

OLD 067609

OLD 065561-62

OLD 065544

OLD 065419-22

**IT IS SO STIPULATED.**

DATED: July 22, 2008

/s/
_____
William Markham
MALDONADO & MARKHAM, LLP
Attorneys for Jensen Enterprises, Inc.

DATED: July 22, 2008

_____
Beatrice Nguyen
FOLGER LEVIN & KAHN, LLP
Attorneys for Oldcastle Precast, Inc.

**ORDER**

The Court, having reviewed the foregoing Stipulation, and finding good cause for this ORDER, now grants leave to Jensen to file under seal the documents listed in the foregoing Stipulation.

**IT IS SO ORDERED.**

DATED: _____

_____
The Hon. Susan Illston,
United States District Judge

STIPULATION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL

-2-