William A. Markham, State Bar No. 132970
MALDONADO & MARKHAM, LLP
402 West Broadway, 24th Floor
San Diego, CA 92101

Tel: (619) 221-4400
Fax: (619) 224-3974
E-mail: wm@maldonadomarkham.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JENSEN ENTERPRISES, INC., <br><br> Plaintiff, <br><br> Vs. <br><br> OLDCASTLE PRECAST, INC., PACIFIC BELL TELEPHONE COMPANY; AT&T SERVICES, INC.; and NEVADA BELL TELEPHONE COMPANY, <br><br> Defendants. | Case No. C 06-0247 SI <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE A SINGLE OPPOSITION BRIEF THAT EXCEEDS TWENTY-FIVE PAGES <br><br> Date: August 22, 2008 <br> Time: 9:00 a.m. <br> Place: Courtroom 10, 19th Floor <br><br> The Hon. Susan Illston <br><br> Complaint Filed: January 12, 2006 <br> Trial Date: November 3, 2008 |

WHEREAS, Plaintiff, Jensen Enterprises, Inc. ("Jensen"), has made an *ex parte* motion to this Court under Civil Local Rules 7-4 and 7-10 for leave to do the following:

(1) file a single opposition brief in response to Defendants' two pending motions for summary judgment; and

(2) exceed twenty-five pages but not forty pages when preparing this single opposition brief; and

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE A SINGLE OPPOSITION BRIEF THAT EXCEEDS TWENTY-FIVE PAGES

1       WHEREAS, the Court has duly considered the grounds stated by Jensen in support of
2 the present *ex parte* motion: Namely, Defendants' two pending motions address many of the
3 same issues of law, which Jensen can properly be given leave to address in a single
4 opposition brief; and
5       WHEREAS, the Court otherwise finds good cause for granting the present motion;
6       WHEREFORE, THE COURT MAKES THE FOLLOWING ORDER:
7       1.    Jensen is hereby given leave under Civil Local Rules 7-4 and 7-10 to write a
8 single opposition brief, not to exceed forty pages, that will serve as its opposition to both (1)
9 the motion for summary judgment filed by Defendant Oldcastle Precast, Inc.; and (2) the
10 motion for summary judgment jointly filed by Defendants Pacific Bell Telephone Company,
11 Nevada Bell Telephone Company, and AT&T Services, Inc. As previously ordered, this
12 opposition brief must be filed and served no later than August 8, 2008.

14       **IT IS SO ORDERED.**

16 DATED: _____       _____
17                                                   The Hon. Susan Illston,
                                                  United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE A SINGLE OPPOSITION BRIEF THAT EXCEEDS TWENTY-FIVE PAGES

-2-