FOLGER LEVIN & KAHN LLP
Michael A. Kahn (CSB No. 057432, mkahn@flk.com)
Beatrice B. Nguyen (CSB No. 172961, bnguyen@flk.com)
Janine L. Scancarelli (CSB No. 197202, jscancarelli@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendant Oldcastle Precast, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JENSEN ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> OLDCASTLE, INC.; PACIFIC BELL TELEPHONE COMPANY; SBC SERVICES, INC.; and NEVADA BELL TELEPHONE COMPANY, <br><br> Defendants. | Case No. C 06 0247 SI (JCS) <br><br> **STIPULATION TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER** <br><br> **Date:** August 22, 2008 <br> **Time:** 9:00 a.m. <br> **Judge:** Hon. Susan Illston <br> **Courtroom:** 10 |

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

STIPULATION TO FILE DOCUMENTS
UNDER SEAL; [PROPOSED] ORDER;
CASE NO. C 06 0247 SI (JCS)

WHEREAS, the Court issued a Stipulated Protective Order in this case on October 19, 2006 (Docket No. 83); and

WHEREAS, Defendant Oldcastle Precast, Inc. ("Oldcastle") has designated certain documents as "Confidential" and "Highly Confidential" under the Stipulated Protective Order, and

WHEREAS, Oldcastle wishes to refer to some of these documents in connection with an opposition brief that it will file on August 8, 2008, and

WHEREAS, pursuant to this Court's Standing Order, the Court will accept stipulations with proposed orders in lieu of administrative motions to seal,

THE PARTIES HEREBY STIPULATE that, subject to approval from the Court, Oldcastle shall have leave to file the following documents under seal:

(1) OLD 063262-66 and

(2) OLD 064077-78.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: August 7, 2008               MALDONADO & MARKHAM, LLP

                                    /s/
                                    William A. Markham
                                    Attorneys for Plaintiff Jensen Enterprises, Inc.

DATED: August 7, 2008               FOLGER LEVIN & KAHN LLP

                                    /s
                                    Janine L. Scancarelli
                                    Attorneys for Defendant Oldcastle Precast, Inc.

DATED: August 7, 2008               AT&T SERVICES, INC. LEGAL DEPT.

                                    /s/
                                    Raymond P. Bolaños
                                    Attorneys for Defendants Pacific Bell,
                                    Nevada Bell, and SBC Services

I hereby attest that I have been authorized by Raymond P. Bolaños and William A. Markham to e-file this document with their "conformed" signatures (/s/).  /s/ Janine L. Scancarelli

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2   DATED:

3   _____
     Hon. Susan Illston
4    United States District Judge

5   71073\6001\612850.1

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-3-

STIPULATION TO FILE DOCUMENTS
UNDER SEAL; [PROPOSED] ORDER;
CASE NO. C 06 0247 SI (JCS)