1  AARON M. PANNER
   Kellogg, Huber, Hansen, Todd, Evans, & Figel, PLLC
2  Sumner Square
   1615 M Street, N.W., Suite 400
3  Washington, DC 20036
   Telephone: (202) 326-7900
4  Facsimile:  (202) 326-7999

5  PATRICK J. PASCARELLA
   AT&T Services, Inc. Legal Dept
6  175 Houston Street, #4-M-30
   San Antonio, TX 78025
7  (210) 351-3408

8  RAYMOND P. BOLAÑOS, State Bar #142069
   J. SCOTT PAISLEY, State Bar No. 094236
9  AT&T Services, Inc. Legal Dept
   525 Market Street, 20th Floor
10 San Francisco, California 94105-2727
   Telephone: (415) 778-1357
11 Facsimile:  (415) 882-4458

12 Attorneys for Defendants
   PACIFIC BELL TELEPHONE COMPANY,
13 NEVADA BELL TELEPHONE COMPANY and
   AT&T SERVICES, INC.

14

15
                        UNITED STATES DISTRICT COURT
16
                        NORTHERN DISTRICT OF CALIFORNIA
17

18
   JENSEN ENTERPRISES, INC.            ) Case No. C-06-0247 SI
19                                     )
          Plaintiff,                   )
20                                     ) **STIPULATION AND [PROPOSED]**
          vs.                          ) **ORDER RE TRIAL DATE**
21                                     ) **CONTINUANCE**
   OLDCASTLE, INC.; PACIFIC BELL       )
22 TELEPHONE COMPANY; AT&T             ) Trial Date: November 3, 2008
   SERVICES, INC.; and NEVADA BELL     )
23 TELEPHONE COMPANY,                  )
                                       ) The Hon. Susan Illston
24        Defendants.                  )
                                       )
25                                     )
                                       )
26 _____ )

27

28

                                      1                                    429126

Stipulation and [Proposed] Order re Trial Date Continuance

This Stipulation is made by and between Plaintiff Jensen Enterprises, Inc. ("Jensen"), and Defendants Pacific Bell Telephone Company, Nevada Bell Telephone Company, and AT&T Services, Inc. (collectively, "AT&T"), and Oldcastle Precast, Inc. ("Oldcastle").

## RECITALS

WHEREAS, trial is scheduled to commence in the above-captioned matter on November 3, 2008; and

WHEREAS, a pretrial conference is scheduled for October 21, 2008 in this matter; and

WHEREAS, the parties' pretrial conference statement, as well as all submissions and filings due pursuant to the Court's pretrial scheduling order, are due on October 6, 2008; and

WHEREAS, the Court will hear (5) five different motions in this matter on September 22, 2008, which include motions for summary judgment brought by the Defendants, a motion for partial summary judgment brought by Jensen, as well as a motion for leave to file a fifth amended complaint, and a motion for adverse inference, brought by Jensen; and

WHEREAS, the parties believe that the proximity of the September 22, 2008 hearing date to the trial date and the pretrial conference require that the parties commence significant trial preparations *prior* to, and without the benefit of, a ruling or rulings from the Court on the pending September 22, 2008 motions; and

WHEREAS, the parties believe that efficiency and economy favor continuing the trial date as well as the due date for pretrial submissions and the pretrial conference, to dates which are a reasonable amount of time after the September 22, 2008 hearing date for the pending motions.

WHEREFORE, the parties agree and stipulate as follows:

///

///

///

///

## STIPULATION

1. That the currently pending November 3, 2008 trial date be continued for a reasonable period of time, *i.e.*, to a date which the Court deems appropriate based on the circumstances of this case and the Court's trial calendar, and that the October 21, 2008 pretrial conference be continued as well, to a date consistent with the new trial date, to be determined by the Court.

DATED: August ____, 2008        Respectfully submitted,

AT&T Services, Inc. Legal Dept.

By:       _____/s/_____
Raymond P. Bolaños
Attorneys for Defendants Pacific Bell Telephone
Company, Nevada Bell Telephone Company, and
AT&T Services, Inc.

DATED: August ____, 2008        Respectfully submitted,

Folger, Levin & Kahn

By:       _____/s/_____
Janine L. Scancarelli
Attorneys for Defendant
Oldcastle Precast, Inc.

DATED: August ____, 2008        Respectfully submitted,

MALDONADO & MARKHAM, LLP

By:       _____/s/_____
William A. Markham
Attorneys for Plaintiff
Jensen Enterprises, Inc.

429126

## ORDER

Based upon the above stipulation, good cause appearing,

IT IS HEREBY ORDERD that the pending November 3, 2008 trial date in this case be, and is hereby, CONTINUED to ___March 16, 2008___;

IT IS FURTHER ORDERD that the pending October 21, 2008 pretrial conference in this case be, and is hereby, CONTINUED to _____;

**IT IS SO ORDERED.**

_____
The Honorable Susan Illston,
United States District Judge

4

429126

## PROOF OF SERVICE

Re: Jensen Enterprises, Inc. v. AT&T, Inc and Oldcastle, Inc.
U.S. District Court (N.D. CA) Case No. C 06 0247 SI (San Francisco)

I, Juny L. Wong, declare:

I am a resident of the State of California, over the age of eighteen years, and not a party to this action. My business address is 525 Market Street, 20th Fl., San Francisco, CA. I am familiar with my office's practice for collection and processing of mail with the U.S. Postal Service. Correspondence prepared for mailing by our office is deposited for pickup by the U.S. Postal Service that same day. On the date set forth below, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER RE TRIAL DATE CONTINUANCE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, as indicated by the attached facsimile verification report.

☐ by placing the document(s) listed above in (a) sealed envelope(s), to the address(es) set forth below, with full prepaid postage thereon, and depositing said envelope(s) with the U.S. Postal Service, in the ordinary course of business, on the date set forth below.

☒ by said document(s) to be transmitted electronically to the e-mail address(es) indicated after the address(es) noted below.

☐ by personally delivering the document(s) listed above to the person(s) set forth below, on the date set forth below.

William Markham
Maldonado & Markham LLP
402 West Broadway, 24th Floor
San Diego, CA 92101

wm@maldonadomarkham.com

Janine L. Scancarelli
Folger Levin & Kahn LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111

jscancarelli@flk.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 28, 2008

Juny L. Wong

Proof of Service                                                                    429126