1  William A. Markham, State Bar No. 132970
   Dolores A. Contreras, State Bar No. 257230
2  MALDONADO & MARKHAM, LLP
   402 West Broadway, 24th Floor
3  San Diego, CA 92101

4  Tel:         (619) 221-4400
   Fax:         (619) 224-3974
5  E-mail:      wm@maldonadomarkham.com

6
7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
9                        SAN FRANCISCO DIVISION

10
11  JENSEN ENTERPRISES, INC.,              )   Case No.  C 06-0247 SI (JCS)
                                           )
12              Plaintiff,                 )
                                           )
13                                         )   [PROPOSED] ORDER CONTINUING
         Vs.                               )   THE TRIAL DATE AND PRE-TRIAL
14                                         )   CONFERENCE
                                           )
15  OLDCASTLE PRECAST, INC.;               )
    PACIFIC BELL TELEPHONE                 )
16  COMPANY; AT&T SERVICES, INC.;          )
    and NEVADA BELL TELEPHONE              )   Courtroom 10, 19th Floor
17  COMPANY,                               )
                                           )   The Hon. Susan Illston
18                                         )
                Defendants.                )   Complaint Filed:  January 12, 2006
19  _____)   Trial Date:       March 16, 2009

20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER CONTINUING THE TRIAL
DATE AND PRE-TRIAL CONFERENCE

1     Having reviewed the parties' stipulated request for a continuance of the trial date and pre-trial
2 conference if the pending motions in this case are not decided by December 31, 2008, and finding
3 good cause therefor, the Court now issues the following ORDER:

April 28, 2009 @ 3:30 p.m.

4     1.     The trial date shall be continued from March 16, 2009 to _____.
5     2.     The pre-trial conference shall be continued from March 3, 2009 to  May 11, 2009 @ 8:30 a.

7     **IT IS SO ORDERED.**

9 DATED: _____.     _____
    The Hon. Susan Illston,
10     United States District Judge

[PROPOSED] ORDER CONTINUING THE TRIAL
DATE AND PRE-TRIAL CONFERENCE

-2-