William A. Markham, State Bar No. 132970
Dolores A. Contreras, State Bar No. 257230
MALDONADO & MARKHAM, LLP
402 West Broadway, 24th Floor
San Diego, CA 92101

Tel:      (619) 221-4400
Fax:     (619) 224-3974
E-mail:  wm@maldonadomarkham.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JENSEN ENTERPRISES, INC., | Case No. C 06-0247 SI (JCS) |
| Plaintiff, | |
| Vs. | [PROPOSED] ORDER CONTINUING THE TRIAL DATE AND PRE-TRIAL CONFERENCE |
| OLDCASTLE PRECAST, INC.; PACIFIC BELL TELEPHONE COMPANY; AT&T SERVICES, INC.; and NEVADA BELL TELEPHONE COMPANY, | Courtroom 10, 19th Floor |
| | The Hon. Susan Illston |
| Defendants. | Complaint Filed: January 12, 2006 |
| | Trial Date: March 16, 2009 |

[PROPOSED] ORDER CONTINUING THE TRIAL
DATE AND PRE-TRIAL CONFERENCE

Having reviewed the parties' stipulated request for a continuance of the trial date and pre-trial conference if the pending motions in this case are not decided by December 31, 2008, and finding good cause therefor, the Court now issues the following ORDER:

1. The trial date shall be continued from March 16, 2009 to May 11, 2009 @ 8:30 a.m. _____.
2. The pre-trial conference shall be continued from March 3, 2009 to April 28, 2009, at 3:30 p.m.

**IT IS SO ORDERED.**

DATED: _____.

_____
The Hon. Susan Illston,
United States District Judge

[PROPOSED] ORDER CONTINUING THE TRIAL
DATE AND PRE-TRIAL CONFERENCE

-2-