IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENSEN ENTERPRISES INC., | No. C 06-247 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| OLDCASTLE PRECAST INC., *et al.*, | |
| Defendants. | |

Defendants' motions for summary judgment have been granted. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 2, 2009

SUSAN ILLSTON
United States District Judge