William A. Markham, State Bar No. 132970
MALDONADO & MARKHAM, LLP
402 West Broadway, Suite 2050
San Diego, CA 92101

Tel:      (619) 221-4400
Fax:      (619) 224-3974
E-mail:   wm@maldonadomarkham.com

Dan C. Bowen, Admitted *Pro Hac Vice*
BOWEN, HALL, OHLSON & OSBORNE
555 S. Center Street
Reno, NV 89501

Tel:      (775) 323-8678
Fax:      (775) 786-6631
E-mail:   dbowen@bowenhall.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JENSEN ENTERPRISES, INC., | Case No. C 06-0247 SI (JCS) |
| Plaintiff, | |
| | PROPOSED ORDER (RE: SUPERSEDEAS BOND AND STAY OF ENFORCEMENT) |
| Vs. | |
| | The Hon. Susan Illston |
| OLDCASTLE PRECAST, INC.; PACIFIC BELL TELEPHONE COMPANY; AT&T SERVICES, INC.; and NEVADA BELL TELEPHONE COMPANY, | Complaint Filed:      January 12, 2006<br>Judgement Entered:    March 2, 2009<br>Rule 59 (e) Motion Denied: April 20, 2009 |
| Defendants. | |

PROPOSED ORDER (RE: SUPERSEDEAS BOND AND STAY OF ENFORCEMENT)

WHEREAS, the parties to this case are as follows: Plaintiff is Jensen Enterprises, Inc. ("Jensen"), and Defendants are Oldcastle Precast, Inc. ("Oldcastle") as well as Pacific Bell Telephone Company, Nevada Bell Telephone Company, and AT&T Services, Inc. (collectively, "AT&T"); and

WHEREAS, this Court entered judgment against Jensen on March 2, 2009 and denied Jensen's motion to alter this judgment on April 20, 2009. Jensen gave notice that it would appeal from this judgment on April 28, 2009, and this appeal remains pending in the Court of Appeal for the 9th Circuit; and

WHEREAS, on June 16, 2009, this Court taxed costs of suit in favor of Oldcastle and AT&T, awarding $58,788.41 in costs to Oldcastle (Docket No. 523) and $48,976.94 to AT&T (Docket No. 524). The sum of these two awards is $107,765.35; and

WHEREAS, Defendants have requested that Jensen provide a supersedeas bond to secure these awarded costs during the pendency of its appeal, and Jensen has agreed to do so, and the parties have agreed that the proper amount of this bond is 125% of the sum of the two awards, which is $134,706.69; and

WHEREAS, the parties have stipulated to the following terms and conditions concerning the posting Jensen's supersedeas bond and a stay of enforcement proceedings against Jensen; and

WHEREAS, this Court finds that these stipulated terms and conditions are reasonable and proper.

WHEREFORE, this Court now issues the following ORDER:

1. Jensen shall forthwith post a supersedeas bond in the manner required by Local Rule 65.1-1 (b) and otherwise in accordance with Fed. R. Civ. P. 62 and Fed. R. App. P. 7 and 8(b).

2. The amount of this supersedeas bond shall be $134,706.69.

3. So long as this bond remains posted in this Court, neither Oldcastle nor AT&T may take any measure to enforce their respective awards of costs against Jensen, but instead the enforcement of these two awards (Docket Nos. 523 and 524) shall be stayed in accordance with Fed. R. Civ. P. 62 (d).

//

//

PROPOSED ORDER (RE: SUPERSEDEAS BOND AND STAY OF ENFORCEMENT) -2-

| | |
|---|---|
| 1 | **IT IS SO ORDERED.** |
| 2 | |
| 3 | DATED: _8/21/09_____     _/s/ Susan Illston_____ |
| 4 |                                   The Hon. Susan Illston, United States District Judge |

1   **IT IS SO ORDERED.**

3   DATED:  8/21/09

                                           _/s/ Susan Illston_
                                           The Hon. Susan Illston,
                                           United States District Judge

**APPROVED AS TO FORM:**

DATED: August 14, 2009           Respectfully submitted,

                                         FOLGER, LEVIN & KAHN, LLP

                          By: _____
                               Janine Scancarelli,
                               Attorneys for Defendant
                               OLDCASTLE PRECAST, INC.

DATED: August 14, 2009           Respectfully submitted,

                                         AT&T SERVICES, INC. LEGAL DEPARTMENT

                          By: _____
                               Raymond P. Bolaños,
                               Attorneys for Defendants
                               PACIFIC BELL TELEPHONE COMPANY,
                               NEVADA BELL TELEPHONE COMPANY,
                               AND SBC SERVICES, INC.

DATED: August 14, 2009           Respectfully submitted,

                                         MALDONADO & MARKHAM, LLP

                                         /s/
                          By: _____
                               William A. Markham,
                               Attorneys for Plaintiff,
                               JENSEN ENTERPRISES, INC.

-3-

1 | **IT IS SO ORDERED.**

3 | DATED: _____  The Hon. Susan Illston,
United States District Judge

6 | **APPROVED AS TO FORM:**

8 | DATED: August 14, 2009  Respectfully submitted,

FOLGER, LEVIN & KAHN, LLP

By: _____
Janine Scancarelli,
Attorneys for Defendant
OLDCASTLE PRECAST, INC.

14 | DATED: August 14, 2009  Respectfully submitted,
             20

AT&T SERVICES, INC. LEGAL DEPARTMENT

By: _____
Raymond P. Bolaños,
Attorneys for Defendants
PACIFIC BELL TELEPHONE COMPANY,
NEVADA BELL TELEPHONE COMPANY,
AND SBC SERVICES, INC.

21 | DATED: August 14, 2009  Respectfully submitted,

MALDONADO & MARKHAM, LLP

/s/
By: _____
William A. Markham,
Attorneys for Plaintiff,
JENSEN ENTERPRISES, INC.

PROPOSED ORDER (RE: SUPERSEDEAS BOND AND STAY OF ENFORCEMENT)

1 | IT IS SO ORDERED.
2 |
3 | DATED: _____
4 | The Hon. Susan Illston,
  | United States District Judge
5 |
6 | APPROVED AS TO FORM:
7 |
8 | DATED: August 14, 2009        Respectfully submitted,
9 |
10|                               FOLGER, LEVIN & KAHN, LLP
11|                        By:    _____
12|                               Janine Scancarelli,
                                  Attorneys for Defendant
                                  OLDCASTLE PRECAST, INC.
13|
14| DATED: August 14, 2009        Respectfully submitted,
15|
16|                               AT&T SERVICES, INC. LEGAL DEPARTMENT
17|                        By:    _____
18|                               Raymond P. Bolaños,
                                  Attorneys for Defendants
                                  PACIFIC BELL TELEPHONE COMPANY,
19|                               NEVADA BELL TELEPHONE COMPANY,
                                  AND SBC SERVICES, INC.
20|
21| DATED: August 14, 2009        Respectfully submitted,
22|
23|                               MALDONADO & MARKHAM, LLP
                                          /s/
24|                        By:    _____
25|                               William A. Markham,
                                  Attorneys for Plaintiff,
                                  JENSEN ENTERPRISES, INC.
26|
27|
28|

PROPOSED ORDER (RE: SUPERSEDEAS BOND AND STAY OF ENFORCEMENT)                -3-