William A. Markham, State Bar No. 132970
MALDONADO & MARKHAM, LLP
402 West Broadway, Suite 2050
San Diego, CA 92101

Tel:        (619) 221-4400
Fax:       (619) 224-3974
E-mail:    wm@maldonadomarkham.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JENSEN ENTERPRISES, INC.,<br><br>        Plaintiff,<br><br>    Vs.<br><br>OLDCASTLE PRECAST, INC.,<br>PACIFIC BELL TELEPHONE<br>COMPANY; AT&T SERVICES,<br>INC.; and NEVADA BELL<br>TELEPHONE COMPANY,<br><br>        Defendants. | Case No.  C 06-0247 SI<br><br>[PROPOSED] ORDER GRANTING<br>PLAINTIFF'S  ADMINISTRATIVE<br>MOTION FOR LEAVE TO FILE<br>DOCUMENTS UNDER SEAL<br><br><br>Date:       September 10, 2010<br>Time:      9:00 a.m.<br>Place:      Courtroom 10, 19th Floor<br><br>The Hon. Susan Illston<br><br>Complaint Filed:       January 12, 2006<br>Judgment Entered:   March 2, 2009 |

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION
FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

1   Plaintiff, Jensen Enterprises, Inc. ("Jensen"), has made an administrative motion to
2   this Court in accordance with Local Rules 7-11 and 79-5 for leave to file the below-listed
3   documents under seal.
4   This Court finds good cause to grant the motion, and therefore ORDERS that Jensen
5   has leave under Local Rule 79-5 to file the below-listed documents under seal:  The four
6   expert reports (two disclosures and two rebuttals) prepared by Jensen's expert witness,
7   Professor Robert E. Hall of Stanford University and the Hoover Institution.
8   **IT IS SO ORDERED.**

12   DATED:  _____, 2010.        _____
13                                         The Hon. Susan Illston,
14                                         Judge, United States District Court